**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW MEXICO

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-1246229** |

4.  Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7301 Central Ave NE**<br>**Albuquerque, NM 87108**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Bernalillo**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5.  Debtor's website (URL)    _____

6.  Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

| Debtor | 5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229 | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as described in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

4411

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

| Debtor | 5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229 | Case number (if known) | |
|--------|------|------|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

| Debtor | 5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229 | Case number (*if known*) | |
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June  2, 2017**
                MM / DD / YYYY

X **/s/ Marc Powell**                                 **Marc Powell**
Signature of authorized representative of debtor      Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Jason M. Cline**                          Date **June  2, 2017**
Signature of attorney for debtor                       MM / DD / YYYY

**Jason M. Cline**
Printed name

**ALBUQUERQUE BUSINESS LAW, P.C.**
Firm name

**1801 Rio Grand Blvd. NW Suite B**
**Albuquerque, NM 87104**
Number, Street, City, State & ZIP Code

Contact phone   **505-246-2878**        Email address   **james@abqbizlaw.com; lharris@abqbizlaw.com;**
                                                          **jcline@abqbizlaw.com;**

**149941**
Bar number and State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW MEXICO |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **June  2, 2017** | X **/s/ Marc Powell** |
| | | Signature of individual signing on behalf of debtor |
| | | **Marc Powell** |
| | | Printed name |
| | | **President** |
| | | Position or relationship to debtor |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW MEXICO** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                                              **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Akzo Nobel Coatings Inc. 5300 Oakbrook Parkway Building Ste. 230 Norcross, GA 30093** | | **Supply Contract** | | | | **$0.00** |
| **AutoZone 123 S, Front St. Memphis, TN 38103** | | | | | | **$2,740.79** |
| **Dawna Sutton 717 Northfield Ln Lincoln, CA 95648** | | **Line of Credit** | | | | **$582,618.00** |
| **Federated Fleet & Automotive Services c/o Joseph and Janice Estrada 8207 Central Ave. NE Albuquerque, NM 87108** | | | | | | **$169,717.00** |
| **Friend Tire Company 1701 Broadway NE Albuquerque, NM 87102** | | | | | | **$2,000.00** |
| **Holland M. Sutton 806 McDuffie Cir NE Albuquerque, NM 87110** | | **Various Lines of Credit** | **Disputed** | | | **$450,000.00** |
| **IRA FBO Georgi Slavchev 3714 Barry Avenue Los Angeles, CA 90066** | | **Various Lines of Credit** | | | | **$82,665.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

| Debtor | 5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229 | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **James Towing**<br>**9324 Susan Ave SE**<br>**Albuquerque, NM**<br>**87123** | | | | | | **$800.00** |
| **Keystone Automotive Albuquerque**<br>**3800 Prince St.**<br>**Ste. C**<br>**Albuquerque, NM**<br>**87105** | | | | | | **$9,023.58** |
| **LKQ Corporate Headquarters**<br>**500 West Madison Street**<br>**Suite 2800**<br>**Chicago, IL 60661** | | | | | | **$3,618.14** |
| **NAPA Auto Parts**<br>**1201 Juan Tabo Blvd NE**<br>**Albuquerque, NM**<br>**87112** | | | | | | **$10,692.75** |
| **O'Reilly Automotive Inc.**<br>**PO Box 1156**<br>**Springfield, MO**<br>**65801** | | | | | | **$4,179.69** |
| **Pamela Munos Revocable Trust**<br>**Salcedo Law Firm**<br>**c/o Betsy Salcedo**<br>**PO Box 53324**<br>**Albuquerque, NM**<br>**87153** | | **Line of Credit - Stock Purchase Agreement** | | | | **$150,000.00** |
| **Rachel Harris**<br>**7 Long Pond Drive**<br>**Isle Au Haut, ME**<br>**04645** | | **Line of Credit** | | | | **$70,000.00** |
| **Richard Munos, III Revocable Trust**<br>**Salcedo Law Firm**<br>**c/o Betsy Salcedo**<br>**PO Box 53324**<br>**Albuquerque, NM**<br>**87153** | | **Line of Credit - Stock Purchase Agreement** | | | | **$150,000.00** |
| **Wells Fargo Business Direct**<br>**PO Box 348750**<br>**Sacramento, CA**<br>**95834** | | **Credit Card** | | | | **$95,500.00** |

**Fill in this information to identify the case:**

Debtor name    **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229**

United States Bankruptcy Court for the:    DISTRICT OF NEW MEXICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

Part 1:    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*..........................................................................................    $     **0.00**

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.......................................................................................    $     **1,586,796.84**

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.........................................................................................    $     **1,586,796.84**

Part 2:    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **262,912.27**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $     **0.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$     **1,783,554.95**

4.    **Total liabilities** ......................................................................................................
     Lines 2 + 3a + 3b       $     **2,046,467.22**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229**

United States Bankruptcy Court for the:    DISTRICT OF NEW MEXICO

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$100.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **Buyers Account** | **1229** | **$497.12** |
| 3.2. | **Wells Fargo Bank** | **Parent Account** | **1237** | **$52,267.50** |
| 3.3. | **Wells Fargo Bank** | **Payroll Account** | **1245** | **$1,346.86** |
| 3.4. | **Wells Fargo Bank** | **ACA Checking Account** | **4098** | **$510.75** |
| 3.5. | **Wells Fargo Bank** | **Title Loan Checking Account** | **7147** | **$9,477.07** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$64,199.30**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

---

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| 11a. 90 days old or less: | **61,683.98** | - | **0.00** = .... | **$61,683.98** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | **11,389.50** | - | **0.00** = .... | **$11,389.50** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

12.     **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **$73,073.48** |
|---|

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.     **Raw materials** | | | | |
| 20.     **Work in progress** | | | | |
| 21.     **Finished goods, including goods held for resale** **2005 BMW 745i (Secured by Jeffery A. Gavin)  Current Value: $4,000** | **May 11, 2017** | **$0.00** | | **$0.00** |
| **2004 Buick Rainer (Secured by Jeffery A. Gavin)  Current Value: $1,800** | **May 11, 2017** | **$0.00** | | **$0.00** |

---

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page  2

Debtor    **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229**      Case number *(If known)*

        Name

| | | | |
|---|---|---|---|
| **1984 Cadillac Eldorado (Secured by Jeffery A. Gavin)** | **May 11, 2017** | **$0.00** | **Unknown** |
| **1968 Chevy Malibu (Secured by Jeffery A. Gavin) Current Value: $2,000** | **May 11, 2017** | **$0.00** | **$0.00** |
| **2005 Chevy Malibu (Secured by Jeffery A. Gavin) Current Value: $500** | **May 11, 2017** | **$0.00** | **$0.00** |
| **2004 Chevy Impala (Secured by Jeffery A. Gavin) Current Value: $1000** | **May 11, 2017** | **$0.00** | **$0.00** |
| **2012 Chevy Express (Secured by Jeffery A. Gavin) Current Value: $4,500** | **May 11, 2017** | **$0.00** | **$0.00** |
| **2013 Chevy Impala (Secured by Jeffery A. Gavin) Current Value: $9,500** | **May 11, 2017** | **$0.00** | **$0.00** |
| **2013 Chevy Captiva (Secured by Jeffery A. Gavin) Current Value: $9,400** | **May 11, 2017** | **$0.00** | **$0.00** |
| **2013 Chevy Malibu (Secured by Jeffery A. Gavin) Current Value: $9,500** | **May 11, 2017** | **$0.00** | **$0.00** |
| **2003 Chevy Tahoe (Secured by Jeffery A. Gavin) Current Value: $3,200** | **May 11, 2017** | **$0.00** | **$0.00** |
| **2015 Chevy Express (Secured by Jeffery A. Gavin) Current Value: $13,400** | **May 11, 2017** | **$0.00** | **$0.00** |

| | | | |
|---|---|---|---|
| **2005 Chrysler PTCruiser (Secured by Jeffery A. Gavin) Current Value: $2,500** | May 11, 2017 | $0.00 | $0.00 |
| **2003 Chrysler PTCruiser (Secured by Jeffery A. Gavin) Current Value: $1,000** | May 11, 2017 | $0.00 | $0.00 |
| **2006 Chrysler PTCruiser (Secured by Jeffery A. Gavin) Current Value: $1,400** | May 11, 2017 | $0.00 | $0.00 |
| **2006 Chrysler Sebring (Secured by Jeffery A. Gavin) Current Value: $800** | May 11, 2017 | $0.00 | $0.00 |
| **2006 Chrysler PTCruiser (Secured by Jeffery A. Gavin) Current Value: $1,200** | May 11, 2017 | $0.00 | $0.00 |
| **2008 Chrysler PTCruiser (Secured by Jeffery A. Gavin) Current Value: $3,700** | May 11, 2017 | $0.00 | $0.00 |
| **2000 Dodge Stratus (Secured by Jeffery A. Gavin) Current Value: $750** | May 11, 2017 | $0.00 | $0.00 |
| **2001 Dodge Caravan (Secured by Jeffery A. Gavin) Current Value: $750** | May 11, 2017 | $0.00 | $0.00 |
| **2005 Dodge Stratus (Secured by Jeffery A. Gavin) Current Value: $600** | May 11, 2017 | $0.00 | $0.00 |
| **2003 Dodge Caravan (Secured by Jeffery A. Gavin) Current Value: $1,200** | May 11, 2017 | $0.00 | $0.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **2012 Fiat (Bella) 500 (Secured by Jeffery A. Gavin)  Current Value: $4,200** | May 11, 2017 | $0.00 | $0.00 |
| **2013 Fiat 500  (Secured by Jeffery A. Gavin)  Current Value: $4,500** | May 11, 2017 | $0.00 | $0.00 |
| **2012 Fiat (Adele) 500 (Secured by Jeffery A. Gavin)  Current Value: $4,200** | May 11, 2017 | $0.00 | $0.00 |
| **2003 Ford Explorer (Secured by Jeffery A. Gavin)  Current Value: $1,400** | May 11, 2017 | $0.00 | $0.00 |
| **1998 Ford E-350 (Secured by Jeffery A. Gavin)  Current Value: $500** | May 11, 2017 | $0.00 | $0.00 |
| **2001 Ford F-350 (Secured by Jeffery A. Gavin)  Current Value: $12,300** | May 11, 2017 | $0.00 | $0.00 |
| **2013 Ford Fusion (Secured by Jeffery A. Gavin)  Current Value: $8,800** | May 11, 2017 | $0.00 | $0.00 |
| **2003 Ford Taurus (Secured by Jeffery A. Gavin)  Current Value: $800** | May 11, 2017 | $0.00 | $0.00 |
| **2006 Ford CNV (Secured by Jeffery A. Gavin)  Current Value: $3,000** | May 11, 2017 | $0.00 | $0.00 |
| **1996 Freightliner FLD120  (Secured by Jeffery A. Gavin)  Current Value: $15,000** | May 11, 2017 | $0.00 | $0.00 |

Debtor **5K Car Store, Inc., a New Mexico Corporation, EIN:** Case number *(if known)*
**27-1246229**

Name

| | | | |
|---|---|---|---|
| **1998 GMC Savana (Secured by Jeffery A. Gavin) Current Value: $3,500** | May 11, 2017 | $0.00 | $0.00 |
| **2004 Hyundai Santa Fe (Secured by Jeffery A. Gavin) Current Value: $500** | May 11, 2017 | $0.00 | $0.00 |
| **2004 Hyundai Elantra (Secured by Jeffery A. Gavin) Current Value: $500** | May 11, 2017 | $0.00 | $0.00 |
| **2004 Hyundai Sonata (Secured by Jeffery A. Gavin) Current Value: $1,200** | May 11, 2017 | $0.00 | $0.00 |
| **2015 Hyundai Accent (Secured by Jeffery A. Gavin) Current Value: $7,200** | May 11, 2017 | $0.00 | $0.00 |
| **1990 Isuzu NPR (Secured by Jeffery A. Gavin) Current Value: $2,000** | May 11, 2017 | $0.00 | $0.00 |
| **1988 Jaguar XUS (Secured by Jeffery A. Gavin) Current Value: $4,000** | May 11, 2017 | $0.00 | $0.00 |
| **1990 Jaguar XCC (Secured by Jeffery A. Gavin) Current Value: $4,000** | May 11, 2017 | $0.00 | $0.00 |
| **2006 Jeep Grand Cherokee (Secured by Jeffery A. Gavin) Current Value: $6,000** | May 11, 2017 | $0.00 | $0.00 |
| **2004 Kia Rio (Secured by Jeffery A. Gavin) Current Value: $1,500** | May 11, 2017 | $0.00 | $0.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 17-11456-t11    Doc 1    Filed 06/02/17    Entered 06/02/17 16:25:50 Page 14 of 43

Debtor **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229**    Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| **2006 Kia Optima (Secured by Jeffery A. Gavin) Current Value: $900** | May 11, 2017 | $0.00 | $0.00 |
| **2006 Kia Sorento (Secured by Jeffery A. Gavin) Current Value: $2,500** | May 11, 2017 | $0.00 | $0.00 |
| **2015 Kia Rio (Secured by Jeffery A. Gavin) Current Value: $7,400** | May 11, 2017 | $0.00 | $0.00 |
| **1999 Lincoln Continental (Secured by Jeffery A. Gavin) Current Value: $1,000** | May 11, 2017 | $0.00 | $0.00 |
| **1979 Mercedes 450 SEL (Secured by Jeffery A. Gavin) Current Value: $5,000** | May 11, 2017 | $0.00 | $0.00 |
| **1989 Mercury Grand Marquis (Secured by Jeffery A. Gavin) Current Value: $1,500** | May 11, 2017 | $0.00 | $0.00 |
| **1987 Nissan Van (Secured by Jeffery A. Gavin) Current Value: $350** | May 11, 2017 | $0.00 | $0.00 |
| **1990 Nissan UDS (Secured by Jeffery A. Gavin) Current Value: $350** | May 11, 2017 | $0.00 | $0.00 |
| **2007 Nissan Titan (Secured by Jeffery A. Gavin) Current Value: $7,900** | May 11, 2017 | $0.00 | $0.00 |
| **1997 Plymouth Grand DV (Secured by Jeffery A. Gavin) Current Value: $500** | May 11, 2017 | $0.00 | $0.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229**  Case number *(If known)*

Name

| | | | |
|---|---|---|---|
| **2004 Pontiac Grand Prix (Secured by Jeffery A. Gavin)  Current Value: $2,000** | May 11, 2017 | $0.00 | $0.00 |
| **2007 Pontiac Grand Prix (Secured by Jeffery A. Gavin)  Current Value: $350** | May 11, 2017 | $0.00 | $0.00 |
| **1986 Toyota Van (Secured by Jeffery A. Gavin)  Current Value: $350** | May 11, 2017 | $0.00 | $0.00 |
| **1995 Toyota Land Cruiser  (Secured by Jeffery A. Gavin)  Current Value: $5,000** | May 11, 2017 | $0.00 | $0.00 |
| **1966 Volkswagen Bug (Secured by Jeffery A. Gavin)  Current Value: $1,000** | May 11, 2017 | $0.00 | $0.00 |
| **2009 Volkswagen Jetta (Secured by Jeffery A. Gavin)  Current Value: $3,600** | May 11, 2017 | $0.00 | $0.00 |
| **1999 Volvo S70 (Secured by Jeffery A. Gavin)  Current Value: $1,000** | May 11, 2017 | $0.00 | $0.00 |
| **2000 Workhorse 930 (Secured by Jeffery A. Gavin)  Current Value: $2,500** | May 11, 2017 | $0.00 | $0.00 |

22.  **Other inventory or supplies**

23.  **Total of Part 5.**  |  **$0.00**

Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page  8

| Debtor | **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** **Signtronix P20 Electronic Message Center with 1 Lighted Sign** | $0.00 | | $152,900.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** **Router and Switches** | $0.00 | | $500.00 |
| **Computer Server** | $0.00 | | $1,000.00 |
| **WiFi Aps** | $0.00 | | $150.00 |
| **Recondirector** | $0.00 | | $500.00 |
| **Reconserver** | $0.00 | | $300.00 |
| **(9) Nine Computers valued at $200 each** | $0.00 | | $1,800.00 |
| **Samsung Security Cameras** | $0.00 | | $800.00 |
| **Revo Security Cameras** | $0.00 | | $800.00 |
| **(9) Nine iPads valued at $100 each** | $0.00 | | $900.00 |
| **Pai iPads vauled at $110 each** | $0.00 | | $440.00 |
| **(6) Six Dot Matrix Printer valued at $50 each** | $0.00 | | $300.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229**

Case number *(If known)*

Name

| | | | |
|---|---|---|---|
| **50" TV** | $0.00 | | $500.00 |
| **Bosch Scanner** | $0.00 | | $13,500.00 |
| **(2) Two Genesis Scanner valued at $2,500 each** | $0.00 | | $5,000.00 |
| **(6) Six Launch Scanner valued at $1,800 each** | $0.00 | | $10,800.00 |
| **(2) Two Tech Scanner GMC valued at $2,000 each** | $0.00 | | $4,000.00 |
| **Title** | $0.00 | | $700.00 |
| **(6) Six Printers valued at $75 each** | $0.00 | | $450.00 |
| **Misc. servers and routers** | $0.00 | | $600.00 |
| **Raphaels Scanner** | $0.00 | | $200.00 |
| **(2) Two Blue Scanners  valued at $750** | $0.00 | | $1,500.00 |
| **(2) Two Black Scanner valued at $500** | $0.00 | | $1,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$198,640.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

| Debtor | **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
     **(4) 2-Post Lifts: MX10ACX Serial #58663;**
     **DP97A Serial #1583K5281; DP97A Serial**
     **#1583K5282; Hallmark Serial #1002104;**
     **4-Post Lift;**
     **Truck Paint Booth: Col-Met Model ASCL-2612**
     **Serial #96-2842;**
     **Car Paint Booth: Col-Met Spray Booth;**
     **Dodge Grand Caravan: VIN:**
     **1b4gp45311b173730;**
     **Dodge Grand Caravan: VIN:**
     **2p4gp4r1vr174033;**
     **(3) OTC Genesis Scanners;**
     **Truck Frame Machine: Model 4/90;**
     **Car Frame Machine: Model CL1910;**
     **On Car Brake Lathe;**
     **Heavy Duty Torque Wrench Sets for Big**
     **Trucks;**
     **Regular Torque Wrench Sets;**
     **New Plasma Cutter: Cutmaster 52 Serial**
     **#mx1446047977;**
     **Welders;**
     **Tig Welder: AC-225 Serail #m15725;**
     **Mighty Max Dent Puller;**
     **Blue Bird Tow Cherry Picker;**
     **Large Truck Heavy Duty Dent Puller;**
     **Paint Equipment Stands and Small Tools;**
     ** Shop Equipment Press, Grinder, Changer Tire**
     **Balancer, Hoses, Backup Compressor Hoses,**
     **Backup Air Compressor;**
     **A/C Refrig. Recovery System;**
     **Heavy Duty 20 Ton Floor Jack;**
     **Transmission Stand/Jack;**
     **Engine Stand;**
     **(3) Floor Jacks and (4) Jack Stands;**
     **Misc. Hand Tools on Vans and In Shop;**
     **(2) Portable Generators;**
     **2" Heavy Duty Impact Wrench for Big Trucks;**
     **(4) Diesel Space Heater Blowers;**
     **Alignment Machine;**
     **Suit Respirator Pump;**
     **Chief Laser Alignment System;**
     **Artic Porta Cooler**                                        $0.00                              $310,000.00

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 17-11456-t11    Doc 1    Filed 06/02/17    Entered 06/02/17 16:25:50 Page 19 of 43

Debtor   **5K Car Store, Inc., a New Mexico Corporation, EIN:**
         **27-1246229**
         _____
              Name

Case number *(If known)*   _____

**Master Diag.: F00K108585;**
**AC RRR: AC12346;**
**Brake Flush Machine: 425-80009;**
**4 Cly Vac Exchange: 470-80020;**
**140K BTU 250 Tank: 01140103;**
**Trans Fluid Exchange: 415-80019;**
**RR Machine w/REF DB: 69789;**
**Evaporating Cooler: PAC2KCYC01;**
**Cooling Unit: PAC2K36HPVS;**
**20T HYD Shop Press: 776-1490;**
**(2) Jack: 7917140;**
**Battery Charger: NIN70300A;**
**Screw Compressor: QP05501TD;**

| | | | |
|---|---|---|---|
| **Recycler: URS600EPSS** | $0.00 | | $55,971.79 |
| **Emissions Machine** | $0.00 | | $5,000.00 |
| **Aligment Bay Auto Lift** | $0.00 | | $2,500.00 |
| **RL8500 XLT Ranger Brake Lathe** | $0.00 | | $1,500.00 |
| **(3) Three Lanair Waste Oil Tanks valued at $1,000 each** | $0.00 | | $3,000.00 |
| **Accuturn Tire Machine** | $0.00 | | $500.00 |
| **DSP9000 Hunter Wheel Balancer** | $0.00 | | $800.00 |
| **NTB 800 Triumph Wheel Balancer** | $0.00 | | $300.00 |
| **NTC 900A Triumph Tire Changer** | $0.00 | | $300.00 |
| **Centurion II Air Compressor** | $0.00 | | $500.00 |
| **OEM PK7060VS Air Compressor** | $0.00 | | $500.00 |
| **(2) Two Pneumatic Air Machines valued at $225 each** | $0.00 | | $450.00 |
| **Kobalt 80 Gallon Air Compressor** | $0.00 | | $900.00 |
| **Powermate 80 Gallon Air Compressor** | $0.00 | | $900.00 |
| **(8) Eight Auto Lifts valued at $3,000 each** | $0.00 | | $24,000.00 |
| **Master Cool A/C Recharger** | $0.00 | | $4,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229**
Name

Case number *(If known)*

| | | |
|---|---|---|
| RobinAir A/C Recharger | $0.00 | $4,000.00 |
| Evercraft Press Bearing 20 ton | $0.00 | $500.00 |
| 10 Ton Can Crusher | $0.00 | $250.00 |
| Branick 7200 Strut Spring Compressor | $0.00 | $400.00 |
| (3) Three Portacool valued at $800 each | $0.00 | $2,400.00 |
| Simpson 3000 psi Pressure Washer | $0.00 | $600.00 |
| Raymond Fork Lift model 20R30TT | $0.00 | $2,500.00 |
| Chicago Electric  90A Welder Flux Wire | $0.00 | $1,000.00 |
| Miller mg welder | $0.00 | $1,000.00 |
| Huskey Air Compressor C803H | $0.00 | $500.00 |
| Pittsburg Shop Crane 1 ton | $0.00 | $1,500.00 |
| Ammo Brake Lathe 1000 | $0.00 | $1,500.00 |
| Large Paint Booth | $0.00 | $8,000.00 |
| Medium Paint Booth | $0.00 | $5,000.00 |
| Blaster Mobile Cooler System | $0.00 | $1,200.00 |
| (3) Three Infrotech Paint Dryer valued at $1,000 each | $0.00 | $3,000.00 |
| Pioneer Equip QRS5.0 Air Compressor | $0.00 | $3,000.00 |
| Miscellaneous Hand Tools (screwdriviers, wrenches etc) | $0.00 | $5,000.00 |
| Miscellaneous Small Power Tools (drills, grinders, etc) | $0.00 | $8,500.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 17-11456-t11     Doc 1     Filed 06/02/17     Entered 06/02/17 16:25:50 Page 21 of 43

| Debtor | 5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229 | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Auto/Paint/Body Supplies- motor oil, coolants, thinners, sand paper, rags, parts, filters, sensors, bulbs, lights, bumpers, hoods, paint, liquids, etc. | $0.00 | $15,000.00 |
|---|---|---|

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$475,971.79

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Trademark for Recarnation | $0.00 | | $0.00 |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| | | |
|---|---|---|
| Debtor | **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229** | Case number *(If known)* |
| | Name | |

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☐ Yes Fill in the information below.

| | | | | | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor)<br>**Notes Receivable on Financed Vehicle Contracts** | **512,000.00** -<br>Total face amount | **0.00** =<br>doubtful or uncollectible amount | | **$512,000.00** |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | | | |
| 73. | **Interests in insurance policies or annuities**<br>**EMC $2.5 Million Life Isurance Policy on President, Marc Powell** | | | | **$0.00** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | | | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**The Debtor, 5K Car Store Inc. dba Recarnation, finances and sells used vehicles, in which during normal business operations there arise buyers that do not fulfill the payment agreements, afterwhich the Debtor will enforce collection efforts to resolve past due balances.** | | | | **Unknown** |
| | **Nature of claim**<br>**Amount requested** | | **$0.00** | | |
| | **The Debtor, 5K Car Store Inc. dba Recarnation, has a potential and pending claim against investor and shareholder, Holland Suttton** | | | | **Unknown** |
| | **Nature of claim**<br>**Amount requested** | | **$0.00** | | |
| 76. | **Trusts, equitable or future interests in property** | | | | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**All property listed under Category No. 11 (Accounts Receivable) and Category No. 21 (Finished Goods for Resale) are secured by Jeffery A. Garvis, with an approximate combined value of $262,912.27** | | | | **$262,912.27** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor    **5K Car Store, Inc., a New Mexico Corporation, EIN:**
          **27-1246229**                                    Case number *(If known)*
          _____              _____
          Name

78.   **Total of Part 11.**                                          | $774,912.27 |
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

---

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 16

Debtor    **5K Car Store, Inc., a New Mexico Corporation, EIN:**
          **27-1246229**
          _____
          Name

Case number _(If known)_
_____

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $64,199.30 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $0.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $73,073.48 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $198,640.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $475,971.79 | |
| 88. **Real property.** _Copy line 56, Part 9._..........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $774,912.27 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,586,796.84 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,586,796.84 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229**

United States Bankruptcy Court for the:    DISTRICT OF NEW MEXICO

Case number (if known)     _____

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☑ **Yes.** Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|
| **2.1**    **GreatAmerica Financial Services**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Master Diag.: F00K108585;**<br>**AC RRR: AC12346;**<br>**Brake Flush Machine: 425-80009;**<br>**4 Cly Vac Exchange: 470-80020;**<br>**140K BTU 250 Tank: 01140103;**<br>**Trans Fluid Exchange: 415-80019;**<br>**RR Machine w/REF DB: 69789;**<br>**Evaporating Cooler: PAC2KCYC01;**<br>**Cool** | **$0.00** | **$55,971.79** |

**One GreatAmerica Plaza**
**625 1st St. SE**
**Cedar Rapids, IA 52401**
Creditor's mailing address

**Describe the lien**
**Equipment Finance Agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**February 4, 2016**

**Last 4 digits of account number**
**0783**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| | | | |
|---|---|---|---|
| **2.2**    **Jeffrey A. Garvin**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**All property listed under Category No. 11 (Accounts Receivable) and Category No. 21 (Finished Goods for Resale) are secured by Jeffery A. Garvis, with an approximate combined value of $262,912.27** | **$262,912.27** | **$262,912.27** |

**621 Parkland Circle SE**
**Albuquerque, NM 87108**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229**
Name

Case number (if know) _____

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Jeffrey A. Garvin** | **Describe debtor's property that is subject to a lien** | $0.00 | $61,683.98 |
| | Creditor's Name | **90 days or less: Service A/R** | | |

**621 Parkland Circle SE**
**Albuquerque, NM 87108**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Jeffrey A. Garvin** | **Describe debtor's property that is subject to a lien** | $0.00 | $11,389.50 |
| | Creditor's Name | **Over 90 days old:** | | |

**621 Parkland Circle SE**
**Albuquerque, NM 87108**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Jeffrey A. Garvin** | **Describe debtor's property that is subject to a lien** | $0.00 | $512,000.00 |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

Debtor **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229**

Case number (if know) _____

Name

Creditor's Name

**621 Parkland Circle SE**
**Albuquerque, NM 87108**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Notes Receivable on Financed Vehicle Contracts**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$262,912.27**

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Arlyn Crow**<br>**Adam & Crow, P.C.**<br>**5051 Journal Center Blvd. NE, Ste. 320**<br>**Albuquerque, NM 87109-5907** | Line __2.2__ | |
| **Commodore Financial**<br>**600 TownPark Lane**<br>**Suite 540**<br>**Kennesaw, GA 30144** | Line __2.1__ | 0783 |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 3

**Fill in this information to identify the case:**

Debtor name   **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229**

United States Bankruptcy Court for the:   DISTRICT OF NEW MEXICO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1**   Nonpriority creditor's name and mailing address<br><br>Akzo Nobel Coatings Inc.<br>5300 Oakbrook Parkway Building<br>Ste. 230<br>Norcross, GA 30093<br><br>Date(s) debt was incurred  **April 15, 2016**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Supply Contract**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.2**   Nonpriority creditor's name and mailing address<br><br>AutoZone<br>123 S, Front St.<br>Memphis, TN 38103<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,740.79** |
| **3.3**   Nonpriority creditor's name and mailing address<br><br>Dawna Sutton<br>717 Northfield Ln<br>Lincoln, CA 95648<br><br>Date(s) debt was incurred  **January 16, 2017**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Line of Credit**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$582,618.00** |
| **3.4**   Nonpriority creditor's name and mailing address<br><br>Federated Fleet & Automotive Services<br>c/o Joseph and Janice Estrada<br>8207 Central Ave. NE<br>Albuquerque, NM 87108<br><br>Date(s) debt was incurred  **November 1, 2016**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$169,717.00** |

| Debtor | **5K Car Store, Inc., a New Mexico Corporation, EIN:** | Case number *(if known)* | |
|---|---|---|---|
| | **27-1246229** | | |
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Friend Tire Company**
**1701 Broadway NE**
**Albuquerque, NM 87102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450,000.00** |
|---|---|---|---|

**Holland M. Sutton**
**806 McDuffie Cir NE**
**Albuquerque, NM 87110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __June 15, 2011__

Basis for the claim: __Various Lines of Credit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$82,665.00** |
|---|---|---|---|

**IRA FBO Georgi Slavchev**
**3714 Barry Avenue**
**Los Angeles, CA 90066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __January 26, 2011__

Basis for the claim: __Various Lines of Credit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**James Towing**
**9324 Susan Ave SE**
**Albuquerque, NM 87123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,023.58** |
|---|---|---|---|

**Keystone Automotive Albuquerque**
**3800 Prince St.**
**Ste. C**
**Albuquerque, NM 87105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,618.14** |
|---|---|---|---|

**LKQ Corporate Headquarters**
**500 West Madison Street**
**Suite 2800**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,692.75** |
|---|---|---|---|

**NAPA Auto Parts**
**1201 Juan Tabo Blvd NE**
**Albuquerque, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | |
|---|---|
| Debtor | **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229** |
| | Name |

Case number (if known) _____

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**O'Reilly Automotive Inc.**<br>**PO Box 1156**<br>**Springfield, MO 65801**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,179.69** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Pamela Munos Revocable Trust**<br>**Salcedo Law Firm c/o Betsy Salcedo**<br>**PO Box 53324**<br>**Albuquerque, NM 87153**<br><br>Date(s) debt was incurred **June 16, 2015**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Line of Credit - Stock Purchase Agreement**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$150,000.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Rachel Harris**<br>**7 Long Pond Drive**<br>**Isle Au Haut, ME 04645**<br><br>Date(s) debt was incurred **February 3, 2017**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Line of Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$70,000.00** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Richard Munos, III Revocable Trust**<br>**Salcedo Law Firm c/o Betsy Salcedo**<br>**PO Box 53324**<br>**Albuquerque, NM 87153**<br><br>Date(s) debt was incurred **June 16, 2015**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Line of Credit - Stock Purchase Agreement**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$150,000.00** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Wells Fargo Business Direct**<br>**PO Box 348750**<br>**Sacramento, CA 95834**<br><br>Date(s) debt was incurred **5/15/2012**<br><br>Last 4 digits of account number **4905** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Credit Card**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$95,500.00** |

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Nathan T. Nieman**<br>**Modrall Sperling Roehl Harris & Sisk**<br>**PO Box 2168**<br>**Albuquerque, NM 87103-2168** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. + | $ | **1,783,554.95** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229**

Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c. $ **1,783,554.95**

**Fill in this information to identify the case:**

Debtor name     **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229**

United States Bankruptcy Court for the:    DISTRICT OF NEW MEXICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest<br><br>        State the term remaining<br><br>   List the contract number of any government contract | **Acct# L209583-000 Opened November 25, 2014 Equipment Lease Agreement**<br><br> <br><br>**POS Credit Corporation Attn: Mary Capria 7037 Fly Road East Syracuse, NY 13057** |

**Fill in this information to identify the case:**

Debtor name    **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229**

United States Bankruptcy Court for the:    DISTRICT OF NEW MEXICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Marc Powell** | **1801-B Rio Grande Blvd NW Albuquerque, NM 87104** | **Akzo Nobel Coatings Inc.** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.2   **Marc Powell** | **1801-B Rio Grande Blvd NW Albuquerque, NM 87104** | **Federated Fleet & Automotive Services** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.3   **Marc Powell** | **1801-B Rio Grande Blvd NW Albuquerque, NM 87104** | **GreatAmerica Financial Services** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4   **Marc Powell** | **1801-B Rio Grande Blvd NW Albuquerque, NM 87104** | **Wells Fargo Business Direct** | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name  **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229**

United States Bankruptcy Court for the:  DISTRICT OF NEW MEXICO

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$520,638.48** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$2,076,432.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other  _____ | **$3,163,294.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Holland M. Sutton<br>1000 Parkland Circle SE<br>Albuquerque, NM 87108 | 2017 | $18,000.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. Dawna Sutton<br>717 Northfield Ln<br>Lincoln, CA 95648 | 2017 | $26,400.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. Jeffrey A. Garvin<br>621 Parkland Circle SE<br>Albuquerque, NM 87108 | 2017 | $316,792.23 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. 7315 Central LLC | 2017 | $19,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other__Rent Payment__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

Case 17-11456-t11    Doc 1    Filed 06/02/17    Entered 06/02/17 16:25:50 Page 36 of 43

| Debtor | 5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229 | Case number *(if known)* |
|---|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:  Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **All Faith (Crab Bash)** | **Sponorship of All Faith Crab Bash** | **2016** | **$2,500.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Boys & Girls Club** | **Sponsorship of the Boys & Girls Club** | **2017** | **$2,500.00** |
| | Recipients relationship to debtor | | | |

---

**Part 5:  Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **2005 Cadillac Escalade stolen** | **No payment received.** | **May 2017** | **$0.00** |
| **iPad theft from business** | | **2017** | **Unknown** |
| **Employee Theft from the business** | | **2017** | **$10,000.00** |

---

**Part 6:  Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

| Debtor | 5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229 | | Case number *(if known)* | |
|---|---|---|---|---|

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Albuquerque Business Law, P.C. 1801-B Rio Grande Blvd. NW Albuquerque, NM 87104 | | May 16, 2017 | $5,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Case 17-11456-t11    Doc 1    Filed 06/02/17    Entered 06/02/17 16:25:50 Page 38 of 43

Debtor   **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229**      Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.

    **Personal information is collected for financial purposes**

    Does the debtor have a privacy policy about that information?

    ☑ No

    ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Case 17-11456-t11   Doc 1   Filed 06/02/17   Entered 06/02/17 16:25:50 Page 39 of 43

| Debtor | 5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229 | Case number *(if known)* | |
|---|---|---|---|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **George Padilla**<br>       **7301 Central Ave. NE**<br>       **Albuquerque, NM 87108** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Name and address | Date of service From-To |
|---|---|
| **26b.1.** **George Padilla** **7301 Central Ave. NE** **Albuquerque, NM 87108** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Marc Powell** | **May 11, 2017** | **Approximately $275,000, market value** |
| | **Name and address of the person who has possession of inventory records** **5K Car Store, Inc.** **7301 Central Ave NE** **Albuquerque, NM 87108** | | |
| 27.2. | **Marc Powell** | **December 31, 2016** | **Approximately $162,000, market value** |
| | **Name and address of the person who has possession of inventory records** **5K Car Store, Inc.** **7301 Central Ave NE** **Albuquerque, NM 87108** | | |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Marc Powell** | | **President** | **90** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

Case 17-11456-t11    Doc 1    Filed 06/02/17    Entered 06/02/17 16:25:50 Page 41 of 43

6/02/17 4:20PM

Debtor    **5K Car Store, Inc., a New Mexico Corporation, EIN:**
     **27-1246229**           Case number *(if known)* _____

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  2, 2017**

**/s/ Marc Powell**                             **Marc Powell**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

# United States Bankruptcy Court
## District of New Mexico

In re   **5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229**      Case No. _____

                                          Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dakota Powell**<br>**7301 Central Ave NE**<br>**Albuquerque, NM 87108** | | **11 shares of 5K Car Store Inc. stock** | **$50,000** |
| **Georgi Slavehev**<br>**3714 Barry Ave**<br>**Los Angeles, CA 90066** | | **58 shares of 5K Car Store Inc. stock** | **$145,000** |
| **Pamela Weese**<br>**7301 Central Ave**<br>**Albuquerque, NM 87108** | | **11 shares of 5K Car Store Inc. stock** | **$50,000** |
| **Rachel Harris**<br>**7 Long Pond Drive**<br>**Isle Au Haut, ME 04645** | | **25 shares of 5k Car Store Inc. stock** | **$100,000** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 2, 2017**                  Signature   **/s/ Marc Powell**
                                                          **Marc Powell**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.