# Notice Recipients

District/Off: 1084−1         User: linda              Date Created: 6/5/2017
Case: 17−11456−t11           Form ID: 309F            Total: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | 5K Car Store, Inc., a New Mexico Corporation, EIN: 27−1246229    7301 Central Ave NE    Albuquerque, NM 87108 | |
| ust | United States Trustee    PO Box 608    Albuquerque, NM 87103−0608 | |
| aty | James T. Burns    Albuquerque Business Law, P.C.    1801−B Rio Grande Blvd NW    Albuquerque, NM 87104 | |
| 3652978 | Akzo Nobel Coatings Inc.    5300 Oakbrook Parkway Building    Ste. 230    Norcross, GA 30093 | |
| 3652996 | Arlyn Crow    Adam & Crow, P.C.    5051 Journal Center Blvd. NE, Ste. 320    Albuquerque, NM 87109−5907 | |
| 3652979 | AutoZone    123 S, Front St.    Memphis, TN 38103 | |
| 3652997 | Commodore Financial    600 TownPark Lane    Suite 540    Kennesaw, GA 30144 | |
| 3652980 | Dawna Sutton    717 Northfield Ln    Lincoln, CA 95648 | |
| 3652981 | Federated Fleet & Automotive Services    c/o Joseph and Janice Estrada    8207 Central Ave. NE    Albuquerque, NM 87108 | |
| 3652982 | Friend Tire Company    1701 Broadway NE    Albuquerque, NM 87102 | |
| 3652976 | GreatAmerica Financial Services    One GreatAmerica Plaza    625 1st St. SE    Cedar Rapids, IA 52401 | |
| 3652983 | Holland M. Sutton    806 McDuffie Cir NE    Albuquerque, NM 87110 | |
| 3652984 | IRA FBO Georgi Slavchev    3714 Barry Avenue    Los Angeles, CA 90066 | |
| 3652985 | James Towing    9324 Susan Ave SE    Albuquerque, NM 87123 | |
| 3652977 | Jeffrey A. Garvin    621 Parkland Circle SE    Albuquerque, NM 87108 | |
| 3652986 | Keystone Automotive Albuquerque    3800 Prince St.    Ste. C    Albuquerque, NM 87105 | |
| 3652987 | LKQ Corporate Headquarters    500 West Madison Street    Suite 2800    Chicago, IL 60661 | |
| 3652988 | Marc Powell    1801−B Rio Grande Blvd NW    Albuquerque, NM 87104 | |
| 3652989 | NAPA Auto Parts    1201 Juan Tabo Blvd NE    Albuquerque, NM 87112 | |
| 3652998 | Nathan T. Nieman    Modrall Sperling Roehl Harris & Sisk    PO Box 2168    Albuquerque, NM 87103−2168 | |
| 3653317 | New Mexico Taxation & Revenue Department    PO Box 8575    Albuquerque NM 87198−8575 | |
| 3652990 | O'Reilly Automotive Inc.    PO Box 1156    Springfield, MO 65801 | |
| 3652992 | POS Credit Corporation    Attn: Mary Capria    7037 Fly Road    East Syracuse, NY 13057 | |
| 3652991 | Pamela Munos Revocable Trust    Salcedo Law Firm c/o Betsy Salcedo    PO Box 53324    Albuquerque, NM 87153 | |
| 3652993 | Rachel Harris    7 Long Pond Drive    Isle Au Haut, ME 04645 | |
| 3652994 | Richard Munos, III Revocable Trust    Salcedo Law Firm c/o Betsy Salcedo    PO Box 53324    Albuquerque, NM 87153 | |
| 3653316 | Securities & Exchange Commission    Attn: Reorganization    1961 Stout Street, Suite 1700    Denver CO 80294−1961 | |
| 3652995 | Wells Fargo Business Direct    PO Box 348750    Sacramento, CA 95834 | |

TOTAL: 28