```
                        United States Bankruptcy Court
                             District of New Mexico
In re:                                                       Case No. 17-11456-t
5K Car Store, Inc., a New Mexico Corpora                     Chapter 11
         Debtor                  CERTIFICATE OF NOTICE
District/off: 1084-1         User: linda                 Page 1 of 2            Date Rcvd: Jun 05, 2017
                             Form ID: 309F               Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2017.
db            +5K Car Store, Inc., a New Mexico Corporation, EIN:,    7301 Central Ave NE,
               Albuquerque, NM 87108-2015
3652978       +Akzo Nobel Coatings Inc.,    5300 Oakbrook Parkway Building,    Ste. 230,
               Norcross, GA 30093-2270
3652996        Arlyn Crow,   Adam & Crow, P.C.,    5051 Journal Center Blvd. NE, Ste. 320,
               Albuquerque, NM 87109-5907
3652979       +AutoZone,   123 S, Front St.,    Memphis, TN 38103-3618
3652997       +Commodore Financial,    600 TownPark Lane,    Suite 540,   Kennesaw, GA 30144-3759
3652981       +Federated Fleet & Automotive Services,     c/o Joseph and Janice Estrada,    8207 Central Ave. NE,
               Albuquerque, NM 87108-2407
3652982       +Friend Tire Company,    1701 Broadway NE,    Albuquerque, NM 87102-1551
3652976       +GreatAmerica Financial Services,    One GreatAmerica Plaza,    625 1st St. SE,
               Cedar Rapids, IA 52401-2030
3652983       +Holland M. Sutton,    806 McDuffie Cir NE,    Albuquerque, NM 87110-7718
3652984       +IRA FBO Georgi Slavchev,    3714 Barry Avenue,    Los Angeles, CA 90066-3204
3652985       +James Towing,   9324 Susan Ave SE,    Albuquerque, NM 87123-3240
3652977       +Jeffrey A. Garvin,    621 Parkland Circle SE,    Albuquerque, NM 87108-3316
3652986       +Keystone Automotive Albuquerque,    3800 Prince St.,    Ste. C,   Albuquerque, NM 87105-1600
3652987       +LKQ Corporate Headquarters,    500 West Madison Street,    Suite 2800,   Chicago, IL 60661-2506
3652988       +Marc Powell,   1801-B Rio Grande Blvd NW,    Albuquerque, NM 87104-2566
3652989       +NAPA Auto Parts,    1201 Juan Tabo Blvd NE,    Albuquerque, NM 87112-5704
3652998        Nathan T. Nieman,    Modrall Sperling Roehl Harris & Sisk,    PO Box 2168,
               Albuquerque, NM 87103-2168
3652990       +O'Reilly Automotive Inc.,    PO Box 1156,    Springfield, MO 65801-1156
3652992       +POS Credit Corporation,    Attn: Mary Capria,    7037 Fly Road,   East Syracuse, NY 13057-9659
3652991       +Pamela Munos Revocable Trust,    Salcedo Law Firm c/o Betsy Salcedo,    PO Box 53324,
               Albuquerque, NM 87153-3324
3652993        Rachel Harris,   7 Long Pond Drive,    Isle Au Haut, ME 04645
3652994       +Richard Munos, III Revocable Trust,    Salcedo Law Firm c/o Betsy Salcedo,    PO Box 53324,
               Albuquerque, NM 87153-3324
3653316       +Securities & Exchange Commission,    Attn: Reorganization,    1961 Stout Street, Suite 1700,
               Denver CO 80294-1700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: james@abqbizlaw.com Jun 05 2017 23:50:35     James T. Burns,
               Albuquerque Business Law, P.C.,    1801-B Rio Grande Blvd NW,    Albuquerque, NM 87104
ust            E-mail/Text: USTPREGION20.OC.ECF@USDOJ.GOV Jun 05 2017 23:51:11     United States Trustee,
               PO Box 608,   Albuquerque, NM  87103-0608
3653317        EDI: NMTRD.COM Jun 05 2017 23:48:00     New Mexico Taxation & Revenue Department,    PO Box 8575,
               Albuquerque NM 87198-8575
3652995       +EDI: WFFC.COM Jun 05 2017 23:43:00     Wells Fargo Business Direct,    PO Box 348750,
               Sacramento, CA 95834-8750
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3652980       ##+Dawna Sutton,   717 Northfield Ln,   Lincoln, CA 95648-8323
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2017                                          Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2017 at the address(es) listed below:

      James T. Burns   on behalf of Debtor   5K Car Store, Inc., a New Mexico Corporation, EIN: 27-1246229 james@abqbizlaw.com,
        james@ecf.inforuptcy.com;lharris@abqbizlaw.com;efile@abqbizlaw.com;lharris@ecf.inforuptcy.com;james@ecf.inforuptcy.com;jcline@abqbizlaw.com;r52353@notify.bestcase.com

      United States Trustee   ustpregion20.aq.ecf@usdoj.gov

      TOTAL: 2

| Information to identify the case: | | |
|---|---|---|
| Debtor | **5K Car Store, Inc., a New Mexico Corporation, EIN: 27–1246229** <br> Name | EIN **27–1246229** |
| United States Bankruptcy Court **District of New Mexico** <br> Case number: **17–11456–t11** | | Date case filed for chapter **11** **6/2/17** |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case 12/15

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | 5K Car Store, Inc., a New Mexico Corporation, EIN: 27–1246229 | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7301 Central Ave NE <br> Albuquerque, NM 87108 | |
| 4. | **Debtor's attorney** <br> Name and address | James T. Burns <br> Albuquerque Business Law, P.C. <br> 1801–B Rio Grande Blvd NW <br> Albuquerque, NM 87104 | Contact phone 505–246–2878 <br><br> Email james@abqbizlaw.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | Dennis Chavez Federal Building and United States Courthouse <br> 500 Gold Avenue SW, 10th Floor <br> PO Box 546 <br> Albuquerque, NM 87103–0546 | Hours open 8:30 AM to 4:30 PM <br><br> Contact phone 505–348–2500/866–291–6805 <br><br> Court Website www.nmb.uscourts.gov |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **June 29, 2017 at 09:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Creditors' Meeting Room, Federal Building and U.S. Courthouse, 500 Gold Ave SW, Room 12411, Albuquerque, NM 87102** |

**For more information, see page 2 >**

Official Form 309F (For Corporations or Partnerships)  Notice of Chapter 11 Bankruptcy Case  page 1
6/5/17

Case 17-11456-t11    Doc 8    Filed 06/07/17    Entered 06/07/17 22:48:16 Page 3 of 4

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A).<br><br>**Deadline for filing the complaint:**  Not Applicable |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |