UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

5K Car Store, Inc.,

    Debtor.  No. 17-11456-t11

## NOTICE OF PRELIMINARY HEARING

On June 19, 2017, at 10:30 a.m. a preliminary hearing will be held before the Honorable David T. Thuma in the Bankruptcy Courtroom, Federal Building and United States Courthouse, 500 Gold Avenue SW, Room 13102, Albuquerque, New Mexico to consider:

1. Jeffrey A. Garvin's Emergency Motion to Prohibit the Use of Cash collateral or to Require Debtor to Provide Adequate Protection, filed June 15, 2017 (Docket #23).

BY ORDER OF THE COURT

Giddens, Gatton & Jacobus, P.C.

/s/George Dave Giddens
George Dave Giddens
Mary Johnson
10400 Academy NE, Suite 350
Albuquerque, New Mexico 87111
(505) 271-1053
(505) 271-4848 fax
dave@giddenslaw.com
mjohnson@giddenslaw.com
*Attorneys for Creditor*

Note: Counsel / parties may appear via telephone if a written request is received in the Court's Chambers no later than 5:00 p.m. (MT) of the business day prior to the day of the hearing. For this purpose only, requests to appear via telephone may be faxed to Chambers at (505) 348-2530.

CERTIFICATE OF SERVICE

       I hereby certify that on June 15, 2017, a copy of the foregoing Notice was served by email to the following:

James T. Burns
Albuquerque Business Law PC
1801 Rio Grande Blvd NE #B
Albuquerque, NM 87104
james@abqbizlaw.com
Attorney for Debtor

Jason Michael Cline
Jason Cline, LLC
2615 Manzano Loop NE
Rio Rancho, NM 87144
(505) 595-0110
jason@attorneyjasoncline.com

Alice Nystel Page
Office of U.S. Trustee
PO Box 608
Albuquerque, NM 87103-0608
505-248-6550
 Alice.N.Page@usdoj.gov

/s/submitted electronically 6/15/17
George Dave Giddens