Dennis Chavez Federal Building and United States Courthouse
500 Gold Avenue SW, 13th Floor
PO Box 546
Albuquerque, NM 87103−0546
505−348−2500/866−291−6805
www.nmb.uscourts.gov

Case No.:   17−11456−t11
Chapter:  11
Judge:  David T. Thuma
Judge/341 Location:  TA

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re Debtor(s):**

5K Car Store, Inc., a New Mexico Corporation, EIN: 27−1246229
7301 Central Ave NE
Albuquerque, NM 87108
Tax ID No:  27−1246229

## NOTICE OF STATUS CONFERENCE

Notice is hereby given that status conference will be held on:

**Monday, July 31, 2017 at 09:30 AM, before the Honorable David T. Thuma in Judge Thuma's Hearing Room, D. Chavez Federal Bldg. & US Courthouse, 500 Gold Avenue SW, Room 13102, Albuquerque, New Mexico.**

(Document number, referenced docket text, and filer as shown below):

Parties should be prepared to discuss whether stipulated order denying the application should be entered with James Burns signing off.

*9* – Application to Employ: James T. Burns as Counsel for Debtor for 5K Car Store, Inc. Filed by Debtor 5K Car Store, Inc., a New Mexico Corporation, EIN: 27−1246229. (Attachments: # 1 Affidavit of James Burns and Disclosure of Compensation Pursuant to Rules 2014 and 2016) (Burns, James)

**BY ORDER OF THE COURT**
Norman H. Meyer, Jr.
Clerk of Court

_____

Appearing by telephone: Counsel/parties may appear by telephone if a request is received in the Court's Chambers by 5:00 P.M. of the business day prior to the hearing. Requests to appear by telephone may be sent by e−mail to thumastaff@nmcourt.fed.us. The e−mail message must have a subject heading that includes the word "telephone", correctly spelled. The text of the request must contain your name, the case name, date and time of hearing, and the number at which you can be reached when we call you for the hearing, or the party can make arrangements by calling chambers at (505) 348−2420. Do not send your request to the Clerk's Office and do not file your request as a pleading.

nm_ntchrgph.jsp − 7/18/17