# Notice Recipients

District/Off: 1084−1     User: jaya     Date Created: 7/18/2017
Case: 17−11456−t11     Form ID: ntchrgph     Total: 4

**Recipients of Notice of Electronic Filing:**
aty     Alice Nystel Page     Alice.N.Page@usdoj.gov
aty     Don F Harris     harrislaw@comcast.net
aty     George D Giddens, Jr     dave@giddenslaw.com
aty     Jason Michael Cline     jason@attorneyjasoncline.com

TOTAL: 4