UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: 5K Car Store, Inc.,                                  Case No. 17-11456-t11
A New Mexico Corporation,
EIN: 27-1246229
Debtor.

MOTION TO FIX BAR DATE TO FILE
PROOFS OF CLAIM AND INTERESTS

COMES NOW, Debtor, 5K Car Store, Inc., by and through Counsel, NM Financial Law, P.C. (Don F. Harris) and Jason Cline, LLC (Jason M. Cline), and respectfully moves the Court to establish a bar date for filing proofs of claim and proof of interest, and in support hereof STATES:

1. The Debtor is in the process of moving toward confirmation of a Plan.

2. A claims bar date would be helpful to establish the universe of claims to be treated through this proceeding, and to liquidate some claims that will need to be liquidated.

3. The Debtor requests that the Court set a bar date without further notice or hearing.

4. The U.S. Trustee concurs with this Motion.

WHEREFORE, the Court should establish a bar date for claims.

Respectfully Submitted:

/s/ Don F. Harris "Electronically Signed"
Don F. Harris
Jason M. Cline
NM Financial Law, P.C.
320 Gold Avenue SW, Suite 610
Albuquerque, NM 87102
Phone: 505-503-1637
Email: dfh@nmfinanciallaw.com
Email: jmc@nmfinanciallaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 24, 2017, a true and correct copy of the foregoing pleading was filed electronically with the Bankruptcy Court in accordance with the CM/ECF system filing procedures for providing electronic service to the entire creditor matrix identified with the Bankruptcy Court, courtesy copies were emailed to the following:

Office of the United States Trustee
Alice N. Page
Jeffrey Speidel
PO Box 608
Albuquerque, NM 87103
Phone: 505-248-6544
Email: Alice.N.Page@usdoj.gov
Email: Jeffrey.Speidel@usdoj.gov

/s/ Don F. Harris "Electronically Signed"
Don F. Harris