UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

    **5K CAR STORE, INC**
    **A New Mexico Corporation**

    EIN: 27-1246229                                    Case No. 17-11456-t11
    **Debtor.**

## LATE NOTICE TO ADDITIONAL PARTIES OF BANKRUPTCY CASE FILING, MEETING OF CREDITORS, AND DEADLINES

A Notice of Bankruptcy Case, Meeting of Creditors, and Deadlines (the "Original Notice") was mailed to creditors on June 7, 2017. A copy of the Original Notice is enclosed. If the debtor is an individual, a copy of the Statement of Social Security Number (Form 121) ("Statement") is also enclosed. The debtor believes the Original Notice was not sent to you.

Please review the Original Notice carefully; it contains several important dates and deadlines. Because you are receiving this notice late, you may want to consult an attorney to determine what rights, if any, you have arising from the late notice.

If you need to file anything in this case, use the court address in the Original Notice. Attorneys are required to file documents electronically. If this is a chapter 7 case, do not file a proof of claim unless a Notice of Deadline to File Proof of Claim is enclosed with this notice. If this is a chapter 13 case, instructions for obtaining a proof of claim form are in the Original Notice.

                                       NEW MEXICO FINANCIAL LAW, P.C.

                                       /s/ Jason M. Cline "electronically submitted"
                                       Don F. Harris
                                       Jason M. Cline "of counsel"
                                       Attorneys for Debtor
                                       320 Gold Ave. SW Ste. 601
                                       Albuquerque, NM 87102
                                       Phone: 505-503-1637
                                       dfh@nmfinanciallaw.com
                                       jmc@nmfinanciallaw.com

NM LF 1009-1(c)

Certificate of Service

I certify that, on July 26, 2017, copies of this notice, the Original Notice, the Statement (if the debtor is an individual), and, if checked,

[ ] Notice of Deadline to File Proof of Claim

were served via first class mail, postage prepaid, on the parties at the addresses shown below:

Pamela Munos Revocable Trust
10812 Griffith Park Dr. SE
Albuquerque, NM 87123

Richard Munos, III Revocable Trust
1208 Hideaway Lane SE
Albuquerque, NM 87123

Unifirst
c/o Lakins Law Firm, P.C.
PO Box 91357
Albuquerque, NM 87199

/s/ Jason M. Cline
Jason M. Cline