```
                           United States Bankruptcy Court
                               District of New Mexico
In re:                                                            Case No. 17-11456-t
5K Car Store, Inc., a New Mexico Corpora                          Chapter 11
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 1084-1          User: amedearis           Page 1 of 1           Date Rcvd: Aug 16, 2017
                              Form ID: pdfor1           Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
db             +5K Car Store, Inc., a New Mexico Corporation, EIN:,    7301 Central Ave NE,
                 Albuquerque, NM 87108-2015
cr             +Pamela Munos,    10812 Griffith Park Drive NE,    Albuquerque, NM 87123-4894
cr             +Rick Munos,    1208 Hidden Way Lane SE,    Albuquerque, NM 87123-4339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
              Alice Nystel Page    on behalf of U.S. Trustee    United States Trustee Alice.N.Page@usdoj.gov
              Don F Harris    on behalf of Debtor    5K Car Store, Inc., a New Mexico Corporation, EIN:
               27-1246229 nmfl@nmfinanciallaw.com,
               briefwriter@comcast.net;donharrislawfirm@gmail.com;nmflcmecf@gmail.com;r54167@notify.bestcase.com
              George D Giddens, Jr    on behalf of Creditor Jeffrey A. Garvin dave@giddenslaw.com,
               giddens@giddenslaw.com;chris@giddenslaw.com;mjohnson@giddenslaw.com;csolis@giddenslaw.com
              Jason Michael Cline    on behalf of Debtor    5K Car Store, Inc., a New Mexico Corporation, EIN:
               27-1246229 jason@attorneyjasoncline.com
              Mary L. Johnson    on behalf of Creditor Jeffrey A. Garvin mjohnson@giddenslaw.com,
               lchavez@giddenslaw.com
              Ronald E Holmes    on behalf of Creditor Pamela  Munos rholmes@davismiles.com,
               efile.dockets@davismiles.com;apotter@davismiles.com;notices@ronholmes.com
              Ronald E Holmes    on behalf of Creditor Rick  Munos rholmes@davismiles.com,
               efile.dockets@davismiles.com;apotter@davismiles.com;notices@ronholmes.com
              Samuel I. Roybal    on behalf of Creditor    Bank of New Mexico sroybal@walkerlawpc.com,
               WalkerLawPC14@gmail.com,mwells@walkerlawpc.com
              Spencer Lewis Edelman    on behalf of Creditor Holland  Sutton sle@modrall.com,
               doloress@modrall.com
              United States Trustee    ustpregion20.aq.ecf@usdoj.gov
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

5K CAR STORE, INC., No. 17-11456 t11

    Debtor.

## ORDER RESULTING FROM PRELIMINARY HEARING

This matter came before the Court on August 14, 2017 at 9:00 a.m. for a preliminary hearing on the Application to Employ Don Harris, doc. 33 (the "Application"). George Giddens appeared for creditor, Alice Nystel Page appeared for the United States Trustee, and Don Harris, the applicant, appeared.

IT IS HEREBY ORDERED:

1. <u>Final Hearing Date and Time</u>. A final hearing on the Application shall be held on August 23, 2017 at 9:30 a.m. in the Animas Courtroom, 13th Floor, Dennis Chavez Federal Building and Courthouse, 500 Gold Avenue, SW, Albuquerque, New Mexico.

2. <u>Exhibits</u>. By August 21, 2017, the parties shall file and serve a list of exhibits, and shall exchange exhibits, except for rebuttal exhibits that cannot reasonably be anticipated. Parties shall provide three copies of the exhibits to Chambers (one for the Court, one for the Court's law clerk, and one for the witness) before the hearing. Movant's exhibits are to be marked with numbers, and Debtor's exhibits with letters. Each page of any multiple-page exhibit shall be numbered. Exhibits shall be accompanied by a list of the exhibits by number or letter and a brief description or name of each exhibit. If a party intends to offer more than five exhibits, then the exhibits shall be tabbed and bound in three-ring binders or by some similar binding. The Court generally will exclude exhibits not exchanged as required. The parties shall

be prepared to notify the Court at the beginning of the hearing which exhibits can be admitted into evidence by stipulation.

      3.    <u>Witnesses</u>.  By August 21, 2017, the parties shall file and serve lists of persons the party expects to call to testify at the final hearing, except for rebuttal witnesses that cannot reasonably be anticipated.  The Court may exclude from testifying any witnesses not listed.

      4.    <u>Disposal of Exhibits</u>.  Unless an appeal is pending, 30 days after an order ruling on the Motion becomes final the Court will dispose of all hearing exhibits in its possession that have not been retrieved by the submitting party.

_____
Hon. David T. Thuma
United States Bankruptcy Judge

Entered:  August 16, 2017

Copies to:  Counsel of Record