Dennis Chavez Federal Building and United States Courthouse
500 Gold Avenue SW, 13th Floor
PO Box 546
Albuquerque, NM 87103–0546
505–348–2500/866–291–6805
www.nmb.uscourts.gov

Case No.:  17–11456–t11
Chapter:  11
Judge:  David T. Thuma
Judge/341 Location:  TA

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re Debtor(s):**

5K Car Store, Inc., a New Mexico Corporation, EIN: 27–1246229
7301 Central Ave NE
Albuquerque, NM 87108
Tax ID No:  27–1246229

## NOTICE RESCHEDULING FINAL HEARING

Notice is hereby given that the final hearing set for Wednesday, August 23, 2017 at 09:30 has been rescheduled as follows:

**Final Hearing set for: Wednesday, August 23, 2017, at 10:00 AM, before the Honorable David T. Thuma in the Animas Courtroom, D. Chavez Federal Bldg. & US Courthouse, 500 Gold Avenue SW, 13th Floor, Albuquerque, New Mexico.**

(Document number, referenced docket text, and filer as shown below):

*30* – Motion for Relief from Stay as to inventory of vehicles. Fee Amount $181. Filed by Creditor Jeffrey A. Garvin. (Giddens, George)

*33* – Amended Application to Employ: Don F. Harris, NM Financial Law, PC as Attorney for Debtor Filed by Debtor 5K Car Store, Inc., a New Mexico Corporation, EIN: 27–1246229. (Attachments: # 1 Exhibit A) (Harris, Don)

**BY ORDER OF THE COURT**
Norman H. Meyer, Jr.
Clerk of Court

nm_ntchrg_chg.jsp – 8/22/17