# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1084−1 | User: christa | Date Created: 8/22/2017 |
| Case: 17−11456−t11 | Form ID: hrgbkchg | Total: 12 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion20.aq.ecf@usdoj.gov |
| aty | Alice Nystel Page | Alice.N.Page@usdoj.gov |
| aty | Don F Harris | nmfl@nmfinanciallaw.com |
| aty | George D Giddens, Jr | dave@giddenslaw.com |
| aty | Jason Michael Cline | jason@attorneyjasoncline.com |
| aty | Mary L. Johnson | mjohnson@giddenslaw.com |
| aty | Ronald E Holmes | rholmes@davismiles.com |
| aty | Samuel I. Roybal | sroybal@walkerlawpc.com |
| aty | Spencer Lewis Edelman | sle@modrall.com |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | 5K Car Store, Inc., a New Mexico Corporation, EIN: 27−1246229 | | 7301 Central Ave NE | Albuquerque, NM 87108 |
| cr | Rick Munos | 1208 Hidden Way Lane SE | Albuquerque, NM 87123 | |
| cr | Pamela Munos | 10812 Griffith Park Drive NE | Albuquerque, NM 87123 | |

TOTAL: 3