```
                    United States Bankruptcy Court
                        District of New Mexico
```

In re:                                                    Case No. 17-11456-t
5K Car Store, Inc., a New Mexico Corpora                  Chapter 11
        Debtor                **CERTIFICATE OF NOTICE**

```
District/off: 1084-1         User: christa        Page 1 of 1          Date Rcvd: Aug 22, 2017
                             Form ID: hrgbkchg    Total Noticed: 3
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2017.
db            +5K Car Store, Inc., a New Mexico Corporation, EIN:,   7301 Central Ave NE,
               Albuquerque, NM 87108-2015
cr            +Pamela Munos,   10812 Griffith Park Drive NE,   Albuquerque, NM 87123-4894
cr            +Rick Munos,   1208 Hidden Way Lane SE,   Albuquerque, NM 87123-4339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2017 at the address(es) listed below:
          Alice Nystel Page    on behalf of U.S. Trustee    United States Trustee Alice.N.Page@usdoj.gov
          Don F Harris    on behalf of Debtor    5K Car Store, Inc., a New Mexico Corporation, EIN:
           27-1246229 nmfl@nmfinanciallaw.com,
           briefwriter@comcast.net;donharrislawfirm@gmail.com;nmflcmecf@gmail.com;r54167@notify.bestcase.com
          George D Giddens, Jr    on behalf of Creditor Jeffrey A. Garvin dave@giddenslaw.com,
           giddens@giddenslaw.com;chris@giddenslaw.com;mjohnson@giddenslaw.com;csolis@giddenslaw.com
          Jason Michael Cline    on behalf of Debtor    5K Car Store, Inc., a New Mexico Corporation, EIN:
           27-1246229 jason@attorneyjasoncline.com
          Mary L. Johnson    on behalf of Creditor Jeffrey A. Garvin mjohnson@giddenslaw.com,
           lchavez@giddenslaw.com
          Ronald E Holmes    on behalf of Creditor Pamela  Munos rholmes@davismiles.com,
           efile.dockets@davismiles.com;apotter@davismiles.com;notices@ronholmes.com
          Ronald E Holmes    on behalf of Creditor Rick  Munos rholmes@davismiles.com,
           efile.dockets@davismiles.com;apotter@davismiles.com;notices@ronholmes.com
          Samuel I. Roybal    on behalf of Creditor   Bank of New Mexico sroybal@walkerlawpc.com,
           WalkerLawPC14@gmail.com,mwells@walkerlawpc.com
          Spencer  Lewis Edelman    on behalf of Creditor Holland  Sutton sle@modrall.com,
           doloress@modrall.com
          United States Trustee    ustpregion20.aq.ecf@usdoj.gov
                                                                         TOTAL: 10
```

Dennis Chavez Federal Building and United States Courthouse
500 Gold Avenue SW, 13th Floor
PO Box 546
Albuquerque, NM 87103–0546
505–348–2500/866–291–6805
www.nmb.uscourts.gov

Case No.:    17–11456–t11
Chapter:  11
Judge:  David T. Thuma
Judge/341 Location:  TA

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

**In re Debtor(s):**

5K Car Store, Inc., a New Mexico Corporation, EIN:
27–1246229
7301 Central Ave NE
Albuquerque, NM 87108
Tax ID No:  27–1246229

## NOTICE RESCHEDULING FINAL HEARING

Notice is hereby given that the final hearing set for Wednesday, August 23, 2017 at 09:30 has been rescheduled as follows:

**Final Hearing set for: Wednesday, August 23, 2017, at 10:00 AM, before the Honorable David T. Thuma in the Animas Courtroom, D. Chavez Federal Bldg. & US Courthouse, 500 Gold Avenue SW, 13th Floor, Albuquerque, New Mexico.**

(Document number, referenced docket text, and filer as shown below):

*30* – Motion for Relief from Stay as to inventory of vehicles. Fee Amount $181. Filed by Creditor Jeffrey A. Garvin. (Giddens, George)

*33* – Amended Application to Employ: Don F. Harris, NM Financial Law, PC as Attorney for Debtor Filed by Debtor 5K Car Store, Inc., a New Mexico Corporation, EIN: 27–1246229. (Attachments: # 1 Exhibit A) (Harris, Don)

                          **BY ORDER OF THE COURT**
                          Norman H. Meyer, Jr.
                          Clerk of Court

nm_ntchrg_chg.jsp – 8/22/17