# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 17-11456-T7 | **Trustee Name:** | Yvette J. Gonzales |
| **Case Name:** | 5K CAR STORE, INC., A NEW MEXICO CORPORATION, EIN: 27 | **Date Filed (f) or Converted (c):** | 08/31/2018 (c) |
| **For the Period Ending:** | 09/30/2019 | **§341(a) Meeting Date:** | 09/28/2018 |
| | | **Claims Bar Date:** | 01/12/2019 |

| Ref. # | 1<br>Asset Description (Scheduled and Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Value | 3<br>Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned OA =§ 554(a) abandon. | 5<br>Sales/Funds Received by the Estate | 6<br>Asset Fully Administered (FA) / Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | $100.00 | $100.00 | | $0.00 | FA |
| 2 | Wells Fargo Bank Buyers Account 1229 | $497.12 | $497.12 | | $0.00 | FA |
| **Asset Notes:** | From Chapter 11 schedules, closed on conversion date | | | | | |
| 3 | Wells Fargo Bank Parent Account 1237 | $52,267.50 | $52,267.50 | | $0.00 | FA |
| **Asset Notes:** | From Chapter 11 schedules, closed on conversion date | | | | | |
| 4 | Wells Fargo Bank Payroll Account 1245 | $1,346.86 | $1,346.86 | | $1,389.24 | FA |
| **Asset Notes:** | Turnover of DIP account. Still a question about payment to debtor's counsel days before conversion. | | | | | |
| 5 | Wells Fargo Bank ACA Checking Account 4098 | $510.75 | $510.75 | | $0.00 | FA |
| **Asset Notes:** | From Chapter 11 schedules, closed on conversion date | | | | | |
| 6 | Wells Fargo Bank Title Loan Checking Account 7147 | $9,477.07 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | From Chapter 11 schedules, closed on conversion date | | | | | |
| 7 | Accounts receivable 90 days old or less | $61,683.98 | $61,683.98 | | $16,023.92 | $45,660.06 |
| **Asset Notes:** | As of conversion date $159,818.89 with the majority being over 90 days | | | | | |
| 8 | Accounts receivable 90 days old or less | $11,389.50 | $11,389.50 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 9 | 2005 BMW 745i (Secured by Jeffery A. Gavin) Current Value: $4,000 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 10 | 2004 Buick Rainer (Secured by Jeffery A. Gavin) Current Value: $1,800 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 11 | 1984 Cadillac Eldorado (Secured by Jeffery A. Gavin) May 11, 2017 | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 12 | 1968 Chevy Malibu (Secured by Jeffery A. Gavin) Current Value: $2,000 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 13 | 2005 Chevy Malibu (Secured by Jeffery A. Gavin) Current Value: $500 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 14 | 2004 Chevy Impala (Secured by Jeffery A. Gavin) Current Value: $1000 May 11, 2017 | $0.00 | $0.00 | | $175.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 17-11456-T7 | **Trustee Name:** | Yvette J. Gonzales |
| **Case Name:** | 5K CAR STORE, INC., A NEW MEXICO CORPORATION, EIN: 27 | **Date Filed (f) or Converted (c):** | 08/31/2018 (c) |
| **For the Period Ending:** | 09/30/2019 | **§341(a) Meeting Date:** | 09/28/2018 |
| | | **Claims Bar Date:** | 01/12/2019 |

| Ref. # | 1<br>Asset Description (Scheduled and Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Value | 3<br>Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned OA =§ 554(a) abandon. | 5<br>Sales/Funds Received by the Estate | 6<br>Asset Fully Administered (FA) / Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83; Auction Proceeds per order entered 11/15/2018 doc 287 | | | | | |
| 15 | 2012 Chevy Express (Secured by Jeffery A. Gavin) Current Value: $4,500 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 16 | 2013 Chevy Impala (Secured by Jeffery A. Gavin) Current Value: $9,500 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 17 | 2013 Chevy Captiva (Secured by Jeffery A. Gavin) Current Value: $9,400 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 18 | 2013 Chevy Malibu (Secured by Jeffery A. Gavin) Current Value: $9,500 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 19 | 2003 Chevy Tahoe (Secured by Jeffery A. Gavin) Current Value: $3,200 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 20 | 2015 Chevy Express (Secured by Jeffery A. Gavin) Current Value: $13,400 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 21 | 2005 Chrysler PTCruiser (Secured by Jeffery A. Gavin) Current Value: $2,500 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 22 | 2003 Chrysler PTCruiser (Secured by Jeffery A. Gavin) Current Value: $1,000 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 23 | 2006 Chrysler PTCruiser (Secured by Jeffery A. Gavin) Current Value: $1,400 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 24 | 2006 Chrysler Sebring (Secured by Jeffery A. Gavin) Current Value: $800 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 17-11456-T7 | **Trustee Name:** | Yvette J. Gonzales |
| **Case Name:** | 5K CAR STORE, INC., A NEW MEXICO CORPORATION, EIN: 27 | **Date Filed (f) or Converted (c):** | 08/31/2018 (c) |
| **For the Period Ending:** | 09/30/2019 | **§341(a) Meeting Date:** | 09/28/2018 |
| | | **Claims Bar Date:** | 01/12/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 25 | 2006 Chrysler PTCruiser (Secured by Jeffery A. Gavin) Current Value: $1,200 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 26 | 2008 Chrysler PTCruiser (Secured by Jeffery A. Gavin) Current Value: $3,700 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 27 | 2000 Dodge Stratus (Secured by Jeffery A. Gavin) Current Value: $750 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 28 | 2001 Dodge Caravan (Secured by Jeffery A. Gavin) Current Value: $750 May 11, 2017 | Unknown | $0.00 | | $325.00 | FA |
| **Asset Notes:** | As of conversion date; VIN 3730; Auction Proceeds per order entered 11/15/2018 doc 287 | | | | | |
| 29 | 2005 Dodge Stratus (Secured by Jeffery A. Gavin) Current Value: $600 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 30 | 2003 Dodge Caravan (Secured by Jeffery A. Gavin) Current Value: $1,200 May 11, 2017 | Unknown | $0.00 | | $300.00 | FA |
| **Asset Notes:** | As of conversion date; VIN 9927; Auction Proceeds per order entered 11/15/2018 doc 287 | | | | | |
| 31 | 2012 Fiat (Bella) 500 (Secured by Jeffery A. Gavin) Current Value: $4,200 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 32 | 2013 Fiat 500 (Secured by Jeffery A. Gavin) Current Value: $4,500 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 33 | 2012 Fiat (Adele) 500 (Secured by Jeffery A. Gavin) Current Value: $4,200 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 34 | 2003 Ford Explorer (Secured by Jeffery A. Gavin) Current Value: $1,400 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 35 | 1998 Ford E-350 (Secured by Jeffery A. Gavin) Current Value: $500 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 17-11456-T7 | **Trustee Name:** | Yvette J. Gonzales |
| **Case Name:** | 5K CAR STORE, INC., A NEW MEXICO CORPORATION, EIN: 27 | **Date Filed (f) or Converted (c):** | 08/31/2018 (c) |
| **For the Period Ending:** | 09/30/2019 | **§341(a) Meeting Date:** | 09/28/2018 |
| | | **Claims Bar Date:** | 01/12/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 36 | 2001 Ford F-350 (Secured by Jeffery A. Gavin) Current Value: $12,300 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 37 | 2013 Ford Fusion (Secured by Jeffery A. Gavin) Current Value: $8,800 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 38 | 2003 Ford Taurus (Secured by Jeffery A. Gavin) Current Value: $800 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 39 | 2006 Ford CNV (Secured by Jeffery A. Gavin) Current Value: $3,000 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 40 | 1996 Freightliner FLD120 (Secured by Jeffery A. Gavin) Current Value: $15,000 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 41 | 1998 GMC Savana (Secured by Jeffery A. Gavin) Current Value: $3,500 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 42 | 2004 Hyundai Santa Fe (Secured by Jeffery A. Gavin) Current Value: $500 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 43 | 2004 Hyundai Elantra (Secured by Jeffery A. Gavin) Current Value: $500 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 44 | 2004 Hyundai Sonata (Secured by Jeffery A. Gavin) Current Value: $1,200 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 45 | 2015 Hyundai Accent (Secured by Jeffery A. Gavin) Current Value: $7,200 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 46 | 1990 Isuzu NPR (Secured by Jeffery A. Gavin) Current Value: $2,000 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 17-11456-T7
**Case Name:** 5K CAR STORE, INC., A NEW MEXICO CORPORATION, EIN: 27
**For the Period Ending:** 09/30/2019

**Trustee Name:** Yvette J. Gonzales
**Date Filed (f) or Converted (c):** 08/31/2018 (c)
**§341(a) Meeting Date:** 09/28/2018
**Claims Bar Date:** 01/12/2019

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 47 | 1988 Jaguar XUS (Secured by Jeffery A. Gavin) Current Value: $4,000 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 48 | 1990 Jaguar XCC (Secured by Jeffery A. Gavin) Current Value: $4,000 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 49 | 2006 Jeep Grand Cherokee (Secured by Jeffery A. Gavin) Current Value: $6,000 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 50 | 2004 Kia Rio (Secured by Jeffery A. Gavin) Current Value: $1,500 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 51 | 2006 Kia Optima (Secured by Jeffery A. Gavin) Current Value: $900 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 52 | 2006 Kia Sorento (Secured by Jeffery A. Gavin) Current Value: $2,500 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 53 | 2015 Kia Rio (Secured by Jeffery A. Gavin) Current Value: $7,400 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 54 | 1999 Lincoln Continental (Secured by Jeffery A. Gavin) Current Value: $1,000 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 55 | 1979 Mercedes 450 SEL (Secured by Jeffery A. Gavin) Current Value: $5,000 May 11, 2017 | Unknown | $0.00 | | $175.00 | FA |
| **Asset Notes:** | As of conversion date; VIN 5443 CA title; Auction Proceeds per order entered 11/15/2018 doc 287 | | | | | |
| 56 | 1989 Mercury Grand Marquis (Secured by Jeffery A. Gavin) Current Value: $1,500 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 17-11456-T7 | **Trustee Name:** | Yvette J. Gonzales |
| **Case Name:** | 5K CAR STORE, INC., A NEW MEXICO CORPORATION, EIN: 27 | **Date Filed (f) or Converted (c):** | 08/31/2018 (c) |
| **For the Period Ending:** | 09/30/2019 | **§341(a) Meeting Date:** | 09/28/2018 |
| | | **Claims Bar Date:** | 01/12/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 57 | 1987 Nissan Van (Secured by Jeffery A. Gavin) Current Value: $350 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 58 | 1990 Nissan UDS (Secured by Jeffery A. Gavin) Current Value: $350 May 11, 2017 | $0.00 | $0.00 | | $450.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83; Auction Proceeds per order entered 11/15/2018 doc 287 | | | | | |
| 59 | 2007 Nissan Titan (Secured by Jeffery A. Gavin) Current Value: $7,900 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 60 | 1997 Plymouth Grand DV (Secured by Jeffery A. Gavin) Current Value: $500 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 61 | 2004 Pontiac Grand Prix (Secured by Jeffery A. Gavin) Current Value: $2,000 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 62 | 2007 Pontiac Grand Prix (Secured by Jeffery A. Gavin) Current Value: $350 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 63 | 1986 Toyota Van (Secured by Jeffery A. Gavin) Current Value: $350 May 11, 2017 | Unknown | $0.00 | | $125.00 | FA |
| **Asset Notes:** | As of conversion date; VIN 6403; Auction Proceeds per order entered 11/15/2018 doc 287 | | | | | |
| 64 | 1995 Toyota Land Cruiser (Secured by Jeffery A. Gavin) Current Value: $5,000 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 65 | 1966 Volkswagen Bug (Secured by Jeffery A. Gavin) Current Value: $1,000 May 11, 2017 | Unknown | $0.00 | | $200.00 | FA |
| **Asset Notes:** | Not on Chapter 7 List; VIN 5004; Auction Proceeds per order entered 11/15/2018 doc 287 | | | | | |
| 66 | 2009 Volkswagen Jetta (Secured by Jeffery A. Gavin) Current Value: $3,600 May 11, 2017 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 17-11456-T7
**Case Name:** 5K CAR STORE, INC., A NEW MEXICO CORPORATION, EIN: 27
**For the Period Ending:** 09/30/2019

**Trustee Name:** Yvette J. Gonzales
**Date Filed (f) or Converted (c):** 08/31/2018 (c)
**§341(a) Meeting Date:** 09/28/2018
**Claims Bar Date:** 01/12/2019

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 67 | 1999 Volvo S70 (Secured by Jeffery A. Gavin) Current Value: $1,000 May 11, 2017 | Unknown | $0.00 | | $400.00 | FA |
| **Asset Notes:** | As of conversion date; VIN 0944; Auction Proceeds per order entered 11/15/2018 doc 287 | | | | | |
| 68 | 2000 Workhorse 930 (Secured by Jeffery A. Gavin) Current Value: $2,500 May 11, 2017 | $0.00 | $0.00 | | $150.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83; Auction Proceeds per order entered 11/15/2018 doc 287 | | | | | |
| 69 | Signtronix P20 Electronic Message Center with 1 Lighted Sign | $152,900.00 | $152,900.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | |
| 70 | Router and Switches | $500.00 | $500.00 | | $0.00 | FA |
| **Asset Notes:** | As of conversion date | | | | | |
| 71 | Computer Server | $1,000.00 | $1,000.00 | | $0.00 | FA |
| **Asset Notes:** | As of conversion date | | | | | |
| 72 | WiFi Aps | $150.00 | $150.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 73 | Recondirector | $500.00 | $500.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 74 | Reconserver | $300.00 | $300.00 | | $0.00 | FA |
| **Asset Notes:** | As of conversion date | | | | | |
| 75 | (9) Nine Computers valued at $200 each | $1,800.00 | $1,800.00 | | $0.00 | FA |
| **Asset Notes:** | 7 computers as of conversion date | | | | | |
| 76 | Samsung Security Cameras | $800.00 | $800.00 | | $300.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list; Auction Proceeds per order entered 11/15/2018 doc 287 | | | | | |
| 77 | Revo Security Cameras | $800.00 | $800.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 78 | (9) Nine iPads valued at $100 each | $900.00 | $900.00 | | $0.00 | FA |
| **Asset Notes:** | 7 ipads as of conversion date | | | | | |
| 79 | Pai iPads vauled at $110 each | $440.00 | $440.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 80 | (6) Six Dot Matrix Printer valued at $50 each | $300.00 | $300.00 | | $0.00 | FA |
| **Asset Notes:** | As of conversion date | | | | | |
| 81 | 50" TV | $500.00 | $500.00 | | $0.00 | FA |
| **Asset Notes:** | As of conversion date | | | | | |
| 82 | Bosch Scanner | $13,500.00 | $13,500.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 83 | (2) Two Genesis Scanner valued at $2,500 each | $5,000.00 | $5,000.00 | | $825.00 | FA |
| **Asset Notes:** | 4 scanners as of conversion date | | | | | |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 17-11456-T7 | **Trustee Name:** | Yvette J. Gonzales |
| **Case Name:** | 5K CAR STORE, INC., A NEW MEXICO CORPORATION, EIN: 27 | **Date Filed (f) or Converted (c):** | 08/31/2018 (c) |
| **For the Period Ending:** | 09/30/2019 | **§341(a) Meeting Date:** | 09/28/2018 |
| | | **Claims Bar Date:** | 01/12/2019 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 84 | (6) Six Launch Scanner valued at $1,800 each | $10,800.00 | $10,800.00 | | $0.00 | FA |
| **Asset Notes:** | 2 scanners as of conversion date | | | | | |
| 85 | (2) Two Tech Scanner GMC valued at $2,000 each | $4,000.00 | $4,000.00 | | $350.00 | FA |
| **Asset Notes:** | As of conversion date; Auction Proceeds per order entered 11/15/2018 doc 287 | | | | | |
| 86 | Title | $700.00 | $700.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 87 | (6) Six Printers valued at $75 each | $450.00 | $450.00 | | $0.00 | FA |
| **Asset Notes:** | 4 printers as of conversion date | | | | | |
| 88 | Misc. servers and routers | $600.00 | $600.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 89 | Raphaels Scanner | $200.00 | $200.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 90 | (2) Two Blue Scanners valued at $750 | $1,500.00 | $1,500.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 91 | (2) Two Black Scanner valued at $500 | $1,000.00 | $1,000.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 17-11456-T7 | **Trustee Name:** | Yvette J. Gonzales |
| **Case Name:** | 5K CAR STORE, INC., A NEW MEXICO CORPORATION, EIN: 27 | **Date Filed (f) or Converted (c):** | 08/31/2018 (c) |
| **For the Period Ending:** | 09/30/2019 | **§341(a) Meeting Date:** | 09/28/2018 |
| | | **Claims Bar Date:** | 01/12/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 92 | (4) 2-Post Lifts: MX10ACX Serial #58663; DP97A Serial #1583K5281; DP97A Serial #1583K5282; Hallmark Serial #1002104; 4-Post Lift; Truck Paint Booth: Col-Met Model ASCL-2612 Serial #96-2842; Car Paint Booth: Col-Met Spray Booth; Dodge Grand Caravan: VIN: 1b4gp45311b173730; Dodge Grand Caravan: VIN: 2p4gp4r1vr174033; (3) OTC Genesis Scanners; Truck Frame Machine: Model 4/90; Car Frame Machine: Model CL1910; On Car Brake Lathe; Heavy Duty Torque Wrench Sets for Big Trucks; Regular Torque Wrench Sets; New Plasma Cutter: Cutmaster 52 Serial #mx1446047977; Welders; Tig Welder: AC-225 Serail #m15725; Mighty Max Dent Puller; Blue Bird Tow Cherry Picker; Large Truck Heavy Duty Dent Puller; Paint Equipment Stands and Small Tools; Shop Equipment Press, Grinder, Changer Tire Balancer, Hoses, Backup Compressor Hoses, Backup Air Compressor; A/C Refrig. Recovery System; Heavy Duty 20 Ton Floor Jack; Transmission Stand/Jack; Engine Stand; (3) Floor Jacks and (4) Jack Stands; Misc. Hand Tools on Vans a | $310,000.00 | $310,000.00 | | $0.00 | FA |

**Asset Notes:** Not on Chapter 7 asset list

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 17-11456-T7 | **Trustee Name:** | Yvette J. Gonzales |
| **Case Name:** | 5K CAR STORE, INC., A NEW MEXICO CORPORATION, EIN: 27 | **Date Filed (f) or Converted (c):** | 08/31/2018 (c) |
| **For the Period Ending:** | 09/30/2019 | **§341(a) Meeting Date:** | 09/28/2018 |
| | | **Claims Bar Date:** | 01/12/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 93 | Master Diag.: F00K108585; AC RRR: AC12346; Brake Flush Machine: 425-80009; 4 Cly Vac Exchange: 470-80020; 140K BTU 250 Tank: 01140103; Trans Fluid Exchange: 415-80019; RR Machine w/REF DB: 69789; Evaporating Cooler: PAC2KCYC01; Cooling Unit: PAC2K36HPVS; 20T HYD Shop Press: 776-1490; (2) Jack: 7917140; Battery Charger: NIN70300A; Screw Compressor: QP05501TD; Recycler: URS600EPSS | $55,971.79 | $55,971.79 | | $850.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 94 | Emissions Machine | $5,000.00 | $5,000.00 | | $500.00 | FA |
| **Asset Notes:** | As of conversion date | | | | | |
| 95 | Aligment Bay Auto Lift | $2,500.00 | $2,500.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 96 | RL8500 XLT Ranger Brake Lathe | $1,500.00 | $1,500.00 | | $2,000.00 | FA |
| **Asset Notes:** | As of conversion date | | | | | |
| 97 | (3) Three Lanair Waste Oil Tanks valued at $1,000 each | $3,000.00 | $3,000.00 | | $3,450.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 98 | Accuturn Tire Machine | $500.00 | $500.00 | | $0.00 | FA |
| **Asset Notes:** | As of conversion date | | | | | |
| 99 | DSP9000 Hunter Wheel Balancer | $800.00 | $800.00 | | $545.00 | FA |
| **Asset Notes:** | As of conversion date | | | | | |
| 100 | NTB 800 Triumph Wheel Balancer | $300.00 | $300.00 | | $300.00 | FA |
| **Asset Notes:** | As of conversion date; Auction Proceeds per order entered 11/15/2018 doc 287 | | | | | |
| 101 | NTC 900A Triumph Tire Changer | $300.00 | $300.00 | | $575.00 | FA |
| **Asset Notes:** | As of conversion date | | | | | |
| 102 | Centurion II Air Compressor | $500.00 | $500.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 103 | OEM PK7060VS Air Compressor | $500.00 | $500.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 104 | (2) Two Pneumatic Air Machines valued at $225 each | $450.00 | $450.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list; | | | | | |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 17-11456-T7
**Case Name:** 5K CAR STORE, INC., A NEW MEXICO CORPORATION, EIN: 27
**For the Period Ending:** 09/30/2019

**Trustee Name:** Yvette J. Gonzales
**Date Filed (f) or Converted (c):** 08/31/2018 (c)
**§341(a) Meeting Date:** 09/28/2018
**Claims Bar Date:** 01/12/2019

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 105 | Kobalt 80 Gallon Air Compressor | $900.00 | $900.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 106 | Powermate 80 Gallon Air Compressor | $900.00 | $900.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 107 | (8) Eight Auto Lifts valued at $3,000 each | $24,000.00 | $24,000.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 108 | Master Cool A/C Recharger | $4,000.00 | $4,000.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 109 | RobinAir A/C Recharger | $4,000.00 | $4,000.00 | | $0.00 | FA |
| **Asset Notes:** | As of conversion date | | | | | |
| 110 | Evercraft Press Bearing 20 ton | $500.00 | $500.00 | | $0.00 | FA |
| **Asset Notes:** | As of conversion date | | | | | |
| 111 | 10 Ton Can Crusher | $250.00 | $250.00 | | $175.00 | FA |
| **Asset Notes:** | As of conversion date; Auction Proceeds per order entered 11/15/2018 doc 287 | | | | | |
| 112 | Branick 7200 Strut Spring Compressor | $400.00 | $400.00 | | $0.00 | FA |
| **Asset Notes:** | As of conversion date | | | | | |
| 113 | (3) Three Portacool valued at $800 each | $2,400.00 | $2,400.00 | | $425.00 | FA |
| **Asset Notes:** | 2(?) as of conversion date; Auction Proceeds per order entered 11/15/2018 doc 287 | | | | | |
| 114 | Simpson 3000 psi Pressure Washer | $600.00 | $600.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 115 | Raymond Fork Lift model 20R30TT | $2,500.00 | $2,500.00 | | $0.00 | FA |
| **Asset Notes:** | As of conversion date | | | | | |
| 116 | Chicago Electric 90A Welder Flux Wire | $1,000.00 | $1,000.00 | | $0.00 | FA |
| **Asset Notes:** | As of conversion date | | | | | |
| 117 | Miller mg welder | $1,000.00 | $1,000.00 | | $0.00 | FA |
| **Asset Notes:** | As of conversion date | | | | | |
| 118 | Huskey Air Compressor C803H | $500.00 | $500.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 119 | Pittsburg Shop Crane 1 ton | $1,500.00 | $1,500.00 | | $0.00 | FA |
| **Asset Notes:** | As of conversion date | | | | | |
| 120 | Ammo Brake Lathe 1000 | $1,500.00 | $1,500.00 | | $0.00 | FA |
| **Asset Notes:** | As of conversion date | | | | | |
| 121 | Large Paint Booth | $8,000.00 | $8,000.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 122 | Medium Paint Booth | $5,000.00 | $5,000.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 17-11456-T7
**Case Name:** 5K CAR STORE, INC., A NEW MEXICO CORPORATION, EIN: 27
**For the Period Ending:** 09/30/2019

**Trustee Name:** Yvette J. Gonzales
**Date Filed (f) or Converted (c):** 08/31/2018 (c)
**§341(a) Meeting Date:** 09/28/2018
**Claims Bar Date:** 01/12/2019

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 123 | Blaster Mobile Cooler System | $1,200.00 | $1,200.00 | | $0.00 | FA |
| **Asset Notes:** | As of conversion date | | | | | |
| 124 | (3) Three Infrotech Paint Dryer valued at $1,000 each | $3,000.00 | $3,000.00 | | $0.00 | FA |
| **Asset Notes:** | As of conversion date | | | | | |
| 125 | Pioneer Equip QRS5.0 Air Compressor | $3,000.00 | $3,000.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 126 | Miscellaneous Hand Tools (screwdriviers, wrenches etc) | $5,000.00 | $5,000.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 127 | Miscellaneous Small Power Tools (drills, grinders, etc) | $8,500.00 | $8,500.00 | | $0.00 | FA |
| **Asset Notes:** | As of conversion date | | | | | |
| 128 | Auto/Paint/Body Supplies- motor oil, coolants, thinners, sand paper, rags, parts, filters, sensors, bulbs, lights, bumpers, hoods, paint, liquids, etc. | $15,000.00 | $15,000.00 | | $0.00 | FA |
| **Asset Notes:** | As of conversion date | | | | | |
| 129 | Trademark for Recarnation | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 130 | Notes Receivable on Financed Vehicle Contracts | $512,000.00 | $512,000.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 131 | EMC $2.5 Million Life Isurance Policy on President, Marc Powell | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 132 | set off claims The Debtor, 5K Car Store Inc. dba Recarnation, finances and sells used vehicles, in which during normal business operations there arise buyers that do not fulfill the payment agreements, afterwhich the Debtor will enforce collection efforts to resolve past due balances. | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |
| 133 | The Debtor, 5K Car Store Inc. dba Recarnation, has a potential and pending claim against investor and shareholder, Holland Suttton | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Not on Chapter 7 asset list | | | | | |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 17-11456-T7
**Case Name:** 5K CAR STORE, INC., A NEW MEXICO CORPORATION, EIN: 27
**For the Period Ending:** 09/30/2019

**Trustee Name:** Yvette J. Gonzales
**Date Filed (f) or Converted (c):** 08/31/2018 (c)
**§341(a) Meeting Date:** 09/28/2018
**Claims Bar Date:** 01/12/2019

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 134 | All property listed under Category No. 11 (Accounts Receivable) and Category No. 21 (Finished Goods for Resale) are secured by Jeffery A. Garvis, with an approximate combined value of $262,912.27 | | $262,912.27 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by Jeffrey Garvin per Stip Order on Relief entered 8/30/17 doc 83 | | | | | | |
| 135 | 2002 Kia Sedona | (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245; VIN 7752 (title is a copy | | | | | | |
| 136 | 2002 Dodge Caravan | (u) | Unknown | $0.00 | | $150.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245; VIN 5443; Auction Proceeds per order entered 11/15/2018 doc 287 | | | | | | |
| 137 | 2005 Chevy Trailblazer | (u) | Unknown | $0.00 | | $225.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245; VIN 3830; Auction Proceeds per order entered 11/15/2018 doc 287 | | | | | | |
| 138 | 1995 Mercury Sable | (u) | Unknown | $0.00 | | $150.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245; VIN 1776; Auction Proceeds per order entered 11/15/2018 doc 287 | | | | | | |
| 139 | 1990 Nissan UDS Dump Truck | (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245; VIN 5067 | | | | | | |
| 140 | 2002 BMW 325i | (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245; VIN 1511 | | | | | | |
| 141 | 2006 Ford Crown Victoria | (u) | Unknown | $0.00 | | $175.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245; VIN 5997; Auction Proceeds per order entered 11/15/2018 doc 287 | | | | | | |
| 142 | 1997 Plymouth Grand Voyager | (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245; VIN 4033 | | | | | | |
| 143 | 2000 Eldorado Bus-Movie Vehicle | (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245; VIN 6851 | | | | | | |
| 144 | 1999 Ford F-350 | (u) | Unknown | $0.00 | | $275.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245; VIN 2363; Auction Proceeds per order entered 11/15/2018 doc 287 | | | | | | |
| 145 | 2 Ricoh printers | (u) | Unknown | $0.00 | | $100.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245; Auction Proceeds per order entered 11/15/2018 doc 287 | | | | | | |
| 146 | Laptop | (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245 | | | | | | |
| 147 | Shredder | (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245 | | | | | | |
| 148 | 4 Mastertrack Tires | (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245 | | | | | | |
| 149 | 2 Nexen Tires | (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245 | | | | | | |
| 150 | 1 Ohtsu tire | (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245 | | | | | | |
| 151 | 2 Heartland tires | (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245 | | | | | | |
| 152 | 1 Gladiator Tire | (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245 | | | | | | |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 17-11456-T7 | **Trustee Name:** | Yvette J. Gonzales |
| **Case Name:** | 5K CAR STORE, INC., A NEW MEXICO CORPORATION, EIN: 27 | **Date Filed (f) or Converted (c):** | 08/31/2018 (c) |
| **For the Period Ending:** | 09/30/2019 | **§341(a) Meeting Date:** | 09/28/2018 |
| | | **Claims Bar Date:** | 01/12/2019 |

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 153 | 1 Kumho tire | (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245 | | | | | | |
| 154 | 4 Yokohama tires | (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245 | | | | | | |
| 155 | 2 Nexen tires | (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245 | | | | | | |
| 156 | 3 Doral tires | (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245 | | | | | | |
| 157 | 3 Yokohama | (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245 | | | | | | |
| 158 | 4 Eldorado Tires | (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245 | | | | | | |
| 159 | 5 Nexen tires | (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Listed on List of Assets filed 9/5/18 doc 245 | | | | | | |
| 160 | Black Ambulance Shell | (u) | Unknown | $0.00 | | $175.00 | FA |
| **Asset Notes:** | Auction Proceeds per order entered 11/15/2018 doc 287 | | | | | | |
| 161 | Misc office supplies, car parts, mechanics tools and supples | | $0.00 | $0.00 | | $7,124.20 | FA |
| 162 | Return of Insurance premium | (u) | Unknown | $0.00 | | $443.00 | FA |

| TOTALS (Excluding unknown value) | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|
| | **$1,586,796.84** | **$1,314,407.50** | **$38,825.36** | **$45,660.06** |

**Major Activities affecting case closing:**

09/16/2019 Will evaluate whether estate has to file tax returns. Continuing to receive payments on vehicles.

09/30/2018 Case converted on 8/31/2018. Trustee to hire auctioneer to liquidate all personal property on premises. Will hire someone to pursue accounts receivables and possible repossession of vehicles.

**Initial Projected Date Of Final Report (TFR):** 09/30/2020
**Current Projected Date Of Final Report (TFR):** 09/30/2020

/s/ YVETTE J. GONZALES

YVETTE J. GONZALES

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 17-11456-T7
**Case Name:** 5K CAR STORE, INC., A NEW MEXICO CORPORATION, EIN: 27-1246229
**Primary Taxpayer ID #:** **-***6229
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 6/2/2017
**For Period Ending:** 09/30/2019

**Trustee Name:** Yvette Gonzales
**Bank Name:** Independent Bank
**Checking Acct #:** ******1456
**Account Title:**
**Blanket bond (per case limit):** $1,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 09/25/2018 | (4) | Bank of the West | Bank acccount turnover | 1129-000 | $1,389.24 | | $1,389.24 |
| 09/25/2018 | (7) | Fleet Response | Accounts Receivable | 1129-000 | $3,691.00 | | $5,080.24 |
| 09/25/2018 | (7) | Connie Young | Accounts Receivable | 1129-000 | $180.00 | | $5,260.24 |
| 09/25/2018 | (7) | Theresa Simons | Accounts Receivable | 1129-000 | $327.02 | | $5,587.26 |
| 10/16/2018 | (7) | Connie Young | Accounts Receivable | 1129-000 | $190.00 | | $5,777.26 |
| 11/21/2018 | (7) | Tomasz Kulczycki | Accounts Receivable | 1129-000 | $500.00 | | $6,277.26 |
| 11/21/2018 | (7) | Lovable Luxury Homes, LLC | Accounts Receivable | 1129-000 | $500.00 | | $6,777.26 |
| 12/26/2018 | (7) | Amanda Surdukan | Accounts Receivable | 1129-000 | $210.00 | | $6,987.26 |
| 01/04/2019 | (7) | Lovable Luxury Homes, LLC | Accounts Receivable | 1129-000 | $500.00 | | $7,487.26 |
| 01/04/2019 | (7) | Lovable Luxury Homes, LLC | Accounts Receivable | 1129-000 | $500.00 | | $7,987.26 |
| 01/17/2019 | (7) | Amanda Surdukan | Accounts receivable | 1129-000 | $189.21 | | $8,176.47 |

**SUBTOTALS** $8,176.47 $0.00

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 17-11456-T7
**Case Name:** 5K CAR STORE, INC., A NEW MEXICO CORPORATION, EIN: 27-1246229
**Primary Taxpayer ID #:** **-***6229
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 6/2/2017
**For Period Ending:** 09/30/2019

**Trustee Name:** Yvette Gonzales
**Bank Name:** Independent Bank
**Checking Acct #:** ******1456
**Account Title:**
**Blanket bond (per case limit):** $1,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/14/2019 | | Bentley's & Associates | Auction Proceeds per order entered 11/15/2018 doc 287 | | * | $16,872.28 | | $25,048.75 |
| | | | Auctioneer Expenses | $(2,000.00) | 3620-000 | | | $25,048.75 |
| | | | Auctioneer Commission | $(2,096.92) | 3610-000 | | | $25,048.75 |
| | {30} | | 2003 Dodge Caravan | $300.00 | 1129-000 | | | $25,048.75 |
| | {55} | | 1979 Mercedes 450 SEL | $175.00 | 1129-000 | | | $25,048.75 |
| | {28} | | 2001 Dodge Caravan | $325.00 | 1129-000 | | | $25,048.75 |
| | {63} | | 1986 Toyota Van | $125.00 | 1129-000 | | | $25,048.75 |
| | {65} | | 1966 VW Bug Chassis | $200.00 | 1129-000 | | | $25,048.75 |
| | {67} | | 1999 Volvo S70 | $400.00 | 1129-000 | | | $25,048.75 |
| | {136} | | 2002 Dodge Caravan | $150.00 | 1229-000 | | | $25,048.75 |
| | {145} | | 1 Ricoh Printer | $100.00 | 1229-000 | | | $25,048.75 |
| | {85} | | 1 GM TECH 2 Model 21090a | $350.00 | 1129-000 | | | $25,048.75 |
| | {83} | | Genisys Evo w/Misc Adapters | $225.00 | 1129-000 | | | $25,048.75 |
| | {76} | | Samsung | $300.00 | 1129-000 | | | $25,048.75 |
| | {94} | | Gas Emissions Analyzer | $500.00 | 1129-000 | | | $25,048.75 |
| | {93} | | Recycler | $750.00 | 1129-000 | | | $25,048.75 |
| | {93} | | 20 Ton hydraulic jack | $100.00 | 1129-000 | | | $25,048.75 |
| | {101} | | Tire Changer | $575.00 | 1129-000 | | | $25,048.75 |
| | {100} | | Tire balancer | $300.00 | 1129-000 | | | $25,048.75 |
| | {99} | | Wheel balancer | $545.00 | 1129-000 | | | $25,048.75 |
| | {96} | | Brake lathe | $2,000.00 | 1129-000 | | | $25,048.75 |
| | {97} | | Oil waste heater/tank | $1,700.00 | 1129-000 | | | $25,048.75 |
| | {113} | | Cooling unit | $425.00 | 1129-000 | | | $25,048.75 |
| | {111} | | Can crusher | $175.00 | 1129-000 | | | $25,048.75 |
| | {97} | | Waste oil tank/heater | $1,750.00 | 1129-000 | | | $25,048.75 |
| | {83} | | Genesis Electronic Measuring System | $600.00 | 1129-000 | | | $25,048.75 |
| | {14} | | 2004 Chevrolet Classis Sedan | $175.00 | 1129-000 | | | $25,048.75 |
| | {137} | | 2005 Chevy Trailblazer | $225.00 | 1229-000 | | | $25,048.75 |
| | {144} | | 1999 Ford F-350 Flatbed | $275.00 | 1229-000 | | | $25,048.75 |
| | {138} | | 1995 Mercury Sable | $150.00 | 1229-000 | | | $25,048.75 |
| | {160} | | Black Ambulance Shell | $175.00 | 1229-000 | | | $25,048.75 |
| | {58} | | 1990 Nissan CLE Truck | $450.00 | 1129-000 | | | $25,048.75 |
| | {68} | | 2000 Workhorse | $150.00 | 1129-000 | | | $25,048.75 |
| | {141} | | 2006 Ford Crown Victoria | $175.00 | 1229-000 | | | $25,048.75 |
| | {161} | | Misc. office supplies, shop equipment, tools, parts and supplies | $7,124.20 | 1129-000 | | | $25,048.75 |
| 02/26/2019 | (7) | Lovable Luxury Homes, LLC | Accounts receivable | | 1129-000 | $700.00 | | $25,748.75 |
| | | | | | **SUBTOTALS** | $17,572.28 | $0.00 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 17-11456-T7
**Case Name:** 5K CAR STORE, INC., A NEW MEXICO CORPORATION, EIN: 27-1246229
**Primary Taxpayer ID #:** **-***6229
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 6/2/2017
**For Period Ending:** 09/30/2019

**Trustee Name:** Yvette Gonzales
**Bank Name:** Independent Bank
**Checking Acct #:** ******1456
**Account Title:**
**Blanket bond (per case limit):** $1,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/26/2019 | (7) | Lovable Luxury Homes LLC | Accounts receivable | 1129-000 | $700.00 | | $26,448.75 |
| 03/05/2019 | (162) | Berkley Insurance Company | Return of insurance premium | 1229-000 | $443.00 | | $26,891.75 |
| 03/14/2019 | (7) | Mary K. Lucero | Accounts receivable | 1129-000 | $1,736.69 | | $28,628.44 |
| 03/14/2019 | 5001 | WALKER & ASSOCIATES, P.C. | 75% attorney fees per #285, 11/8/18 | 3210-000 | | $1,718.25 | $26,910.19 |
| 03/14/2019 | 5002 | WALKER & ASSOCIATES, P.C. | 100% attorney expenses per #285, 11/8/18 | 3220-000 | | $117.12 | $26,793.07 |
| 04/04/2019 | (7) | Lovable Luxury Homes, LLC | Accounts Receivable | 1129-000 | $500.00 | | $27,293.07 |
| 04/04/2019 | (7) | Lovable Luxury Homes, LLC | Accounts Receivable | 1129-000 | $500.00 | | $27,793.07 |
| 05/21/2019 | (7) | Lovable Luxury Homes | Accounts Receivable | 1129-000 | $700.00 | | $28,493.07 |
| 05/21/2019 | (7) | Lovable Luxury Homes | Accounts Receivable | 1129-000 | $700.00 | | $29,193.07 |
| 07/11/2019 | (7) | Lovable Luxury Homes, LLC | Accounts Receivable | 1129-000 | $500.00 | | $29,693.07 |
| 07/11/2019 | (7) | Lovable Luxury Homes, LLC | Accounts Receivable | 1129-000 | $500.00 | | $30,193.07 |
| 08/13/2019 | 5003 | International Sureties, Ltd. | Bond #016024923 | 2300-000 | | $15.55 | $30,177.52 |
| 08/27/2019 | (7) | Lovable Luxury Homes, LLC | Accounts receivable | 1129-000 | $1,000.00 | | $31,177.52 |
| 08/27/2019 | (7) | Lovable Luxury Homes, LLC | Accounts receivable | 1129-000 | $700.00 | | $31,877.52 |
| 09/17/2019 | (7) | Tomasz and Anna Kulczycki | Vehicle payment | 1129-000 | $500.00 | | $32,377.52 |
| 09/17/2019 | (7) | Lovable Luxury Homes LLC | Accounts receivable | 1129-000 | $500.00 | | $32,877.52 |

**SUBTOTALS** $8,979.69 $1,850.92

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 17-11456-T7 | **Trustee Name:** | Yvette Gonzales |
| **Case Name:** | 5K CAR STORE, INC., A NEW MEXICO CORPORATION, EIN: 27-1246229 | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***6229 | **Checking Acct #:** | ******1456 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 6/2/2017 | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 09/30/2019 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $34,728.44 | $1,850.92 | $32,877.52 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $34,728.44 | $1,850.92 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $34,728.44 | $1,850.92 | |

**For the period of 6/2/2017 to 09/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $38,825.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $38,825.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,947.84 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,947.84 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/25/2018 to 09/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $38,825.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $38,825.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,947.84 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,947.84 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 17-11456-T7
**Case Name:** 5K CAR STORE, INC., A NEW MEXICO CORPORATION, EIN: 27-1246229
**Primary Taxpayer ID #:** **-***6229
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 6/2/2017
**For Period Ending:** 09/30/2019

**Trustee Name:** Yvette Gonzales
**Bank Name:** Independent Bank
**Checking Acct #:** ******1456
**Account Title:**
**Blanket bond (per case limit):** $1,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $34,728.44 | $1,850.92 | $32,877.52 |

**For the period of 6/2/2017 to 09/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $38,825.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $38,825.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,947.84 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,947.84 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/31/2018 to 09/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $38,825.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $38,825.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,947.84 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,947.84 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ YVETTE GONZALES

YVETTE GONZALES