UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: 5K CAR STORE, INC.  No. 17-11456-t7
a New Mexico Corporation
EIN No. 27-1246229,
    Debtor.

**NOTICE OF DEADLINE FOR FILING OBJECTIONS TO TRUSTEE'S MOTION TO SELL ESTATE'S INTEREST IN INSTALLMENT CONTRACT FOR PURCHASE OF 2012 MERCEDES GL450**

    **PLEASE TAKE NOTICE** that on May 26, 2022, Yvette J. Gonzales, Chapter 7 Trustee (the "Trustee"), by and through her undersigned counsel, filed her *Motion to Sell Estate's Interest in Installment Contract for Purchase of 2012 Mercedes GL450* (the "Motion")(Doc. No. 319). The document can be viewed for a per page fee via the PACER (Public Access to Electronic Court Records) system. Log onto PACER at ecf.nmb.uscourts.gov. For registration and use instructions, see pacer.psc.uscourts.gov/index.html. For information concerning requirements for entering the Pete V. Domenici U.S. Courthouse, see http://www.nmb.uscourts.gov/covid-19 or contact the Clerk's Office at 505-415-7999 or 866-291-6805.

    The Motion states: The Trustee hereby requests Court approval of the sale of an asset of the estate, as follows. The property to be sold is the estate's interest in an installment contract for the purchase of a 2012 Mercedes GL450 (the "Vehicle"). The Trustee has entered into an agreement with purchasers Anna and Tomasz Kulczycki ("Purchasers") pursuant to which Purchasers will pay $4,000.00 to the Trustee as payment in full for the balance due on the installment contract for the Vehicle. The balance due on the contract is approximately $7,000.00, but the Purchasers have been paying on the contract at 14% per annum interest since the Petition Date, which has benefitted the estate. The proposed sale would prevent the possibility of default on the contract, would prevent exposure arising from the potential unforeseen destruction, damage or theft of the Vehicle, and would allow the Trustee to begin to close this estate, as the installment contract for the Vehicle is the last remaining unadministered asset in the estate. The proposed sale would permit the Trustee to comply with the requirements of 11 U.S.C. §704, which requires the Trustee, *inter alia,* to "collect and reduce to money the property of the estate for which such trustee serves, and close such estate as expeditiously as is compatible with the best interests of parties in interest." The Trustee states that the sale contemplated by the Motion satisfies all the non-exclusive factors for determining whether to grant a motion to sell. Based on the foregoing, the Trustee has determined that, in her business judgment, the proposed sale is for fair and reasonable consideration, is in good faith, does not unfairly benefit any party in interest, will maximize the value of the Estate, and should be authorized. The Trustee believes that granting this Motion is in the best interest of the estate and the creditors, and therefore requests that the Court approve the proposed sale and authorize the Trustee to take any and all actions necessary to close on the sale.

    **IF YOU OBJECT TO THE MOTION**, you must file an objection with the Clerk of the United States Bankruptcy Court, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd NW, Ste 360, Albuquerque, New Mexico 87102 **within 21 days of the date of service of this notice**. (*See* Fed.R.Bankr.P. 9006(f) regarding whether additional time is added). You must also serve a copy of your objection on Trustee's counsel, whose name and address appear below. If you are an attorney, you must file your objection electronically. If objections are timely filed, a hearing to consider them will be had before the Honorable David T. Thuma, Judge's Courtroom, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd NW, 5th Floor, Albuquerque, New Mexico 87102 on short notice to the counsel for the Trustee, the United States Trustee, and any objecting party. If no objections are timely filed, the Court may consider entry of an Order granting the Motion without further notice.

| WALKER & ASSOCIATES, P.C.<br>By: s/ filed electronically<br>Chris W. Pierce<br>500 Marquette N.W., Suite 650<br>Albuquerque, New Mexico 87102<br>(505) 766-9272<br>(505) 766-9287 (fax)<br>cpierce@walkerlawpc.com<br>Attorneys for Trustee | Certificate of Service of Notice<br>I certify that on May 26, 2022, a true and correct copy of this notice was delivered by CMECF to the parties designated to receive such service, and was mailed by first class mail postage prepaid to all other counsel, creditors, and other parties in interest as shown on the mailing list attached to the original of this notice on file in the Office of the Clerk.<br>                      s/ filed electronically<br>                      Chris W. Pierce |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | DEBTOR | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 17-11456<br>DISTRICT OF NEW MEXICO<br>THU MAY 26 10-7-29 PST 2022 | 5K CAR STORE INC A NEW MEXICO<br>CORPORATION<br>7301 CENTRAL AVE NE<br>ALBUQUERQUE NM 87108-2015 | ~~(U)BANK OF NEW MEXICO~~ |
| | ~~EXCLUDE~~ | |
| BENTLEY ASSOCIATES LLC<br>4900 PAN AMERICAN FREEWAY NE<br>ALBUQUERQUE NM 87109 | ~~(U)GREAT AMERICA FINANCIAL SERVICES~~<br>~~CORPORATION~~ | STEVEN W JOHNSON CPA LLC<br>119 E MARCY SUITE 106<br>SANTA FE 87501-2092 |
| | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
| TAXATION AND REVENUE DEPARTMENT OF THE<br>STATE<br>PO BOX 8575<br>ALBUQUERQUE NM 87198-8575 | ~~(U)UNSECURED CREDITORS COMMITTEE~~ | ~~UNITED STATES BANKRUPTCY COURT~~<br>~~333 LOMAS BLVD NW SUITE 360~~<br>~~ALBUQUERQUE NM 87102-2275~~ |
| AKZO NOBEL COATINGS INC<br>5300 OAKBROOK PARKWAY BUILDING<br>STE 230<br>NORCROSS GA 30093-2270 | AKZO NOBEL COATINGS INC<br>ATTN MARKWAYNE LYNCH<br>5300 OAKBROOK PARKWAY BLDG 200 SUITE 2<br>NORCROSS GA 30093-2270 | ARLYN CROW<br>ADAM CROW PC<br>5051 JOURNAL CENTER BLVD NE STE 320<br>ALBUQUERQUE NM 87109-5907 |
| AUTOZONE<br>123 S FRONT ST<br>MEMPHIS TN 38103-3618 | BALBOA CAPITAL CORP<br>2010 MAIN ST 11ST FLOOR<br>IRVINE CA 92614-8250 | BALBOA CAPITAL CORPORATION<br>575 ANTON BOULEVARD<br>12TH FLOOR<br>COSTA MESA CA 92626-7685 |
| BANK OF NEW MEXICO<br>7401 JEFFERSON NE<br>ALBUQUERQUE NM 87109-4488 | BANK OF NEW MEXICO<br>CO JAMIE HOLTON REGISTERED AGENT<br>824 W SANTA FE AVE<br>GRANTS NM 87020-2473 | BRANDON AND TASMAN ROMPF<br>701 LAGUAYRA DR NE<br>ALBUQUERQUE NM 87108-1729 |
| COMMODORE FINANCIAL<br>600 TOWNPARK LANE<br>SUITE 540<br>KENNESAW GA 30144-3759 | DAVID GOLDBERG<br>96 FIFTH AVE<br>APT 15D<br>NEW YORK NY 10011-7622 | DAWNA SUTTON<br>3 SANFORD DR<br>RANCHO MIRAGE CA 92270-3716 |
| DAWNA SUTTON<br>717 NORTHFIELD LN<br>LINCOLN CA 95648-8323 | ESTATE OF DAKOTA POWELL<br>7301 CENTRAL AVE NE<br>ALBUQUERQUE NM 87108-2015 | ESTATE OF DAKOTA POWELL<br>C ATTY LAURIE A HEDRICH<br>3500 COMANCHE RD NE BLDG D<br>ALBUQUERQUE NM 87107-4570 |
| | | ~~EXCLUDE~~ |
| FEDERATED FLEET AUTOMOTIVE SERVICES<br>CO JOSEPH AND JANICE ESTRADA<br>8207 CENTRAL AVE NE<br>ALBUQUERQUE NM 87108-2407 | FEDERATED FLEET AUTOMOTIVE SVC<br>CO JOSEPH ESTRADA<br>7101 SANTA RITA PL NE<br>ALBUQUERQUE NM 87113-1075 | ~~(D)FEDERATED FLEET AUTOMOTIVE SVC~~<br>~~CO JOSEPH ESTRADA~~<br>~~7101 SANTA RITA PL NE~~<br>~~ALBUQUERQUE NM 87113-1075~~ |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

FRANK RICHARD MUNOS III REVOCABLE TRUST
1208 HIDEAWAY LN SE
ALBUQUERQUE NM 87123-4339

FRANK RICHARD MUNOS III REVOCABLE TRUST
CO ATTY LESLIE MAXWELL
9400 HOLLY AVE NE BLDG 4
ALBUQUERQUE NM 87122-2969

FRIEND TIRE COMPANY
1701 BROADWAY NE
ALBUQUERQUE NM 87102-1551

G SLAVCHEV TRUST
3714 BARRY AVE
LOS ANGELES CA 90066-3204

(P)GREATAMERICA FINANCIAL SERVICES CORPORATION
PO BOX 609
CEDAR RAPIDS IA 52406-0609

GREATAMERICA FINANCIAL SERVICES
ONE GREATAMERICA PLAZA
625 1ST ST SE
CEDAR RAPIDS IA 52401-2030

HOLLAND M SUTTON
7521 WITTER RD
SEBASTOPOL CA 95472-4730

HOLLAND SUTTON
CO MODRALL SPERLING LAW FIRM
PO BOX 2168
ALBUQUERQUE NM 87103-2168

HOLLAND SUTTON
CO MODRALL SPERLING LAW FIRM
PO BOX 2168
ALBUQUERQUE NEW MEXICO 87103-2168

IRA FBO GEORGI SLAVCHEV
3714 BARRY AVENUE
LOS ANGELES CA 90066-3204

JAMES TOWING
9324 SUSAN AVE SE
ALBUQUERQUE NM 87123-3240

JEFFREY A GARVIN
621 PARKLAND CIRCLE SE
ALBUQUERQUE NM 87108-3316

JOSEPH AND JANICE ESTRADA
7101 SANTA RITA PLACE NE
ALBUQUERQUE NM 87113-1075

KEYSTONE AUTOMOTIVE ALBUQUERQUE
3800 PRINCE ST
STE C
ALBUQUERQUE NM 87105-1600

LKQ CORPORATE HEADQUARTERS
500 WEST MADISON STREETSUITE 2800
CHICAGO IL 60661-2506

LKQ CORPORATION
KEYSTONE AUTOMOTIVE INDUSTRIES INC
ATTN TRENIA NOVAK
655 GRASSMERE PARK DRIVE
NASHVILLE TN 37211-3659

LAKINS LAW FIRM
PO BOX 91357
ALBUQUERQUE NM 87199-1357

MARC POWELL
7301 CENTRAL AVE NE
ALBUQUERQUE NM 87108-2015

MARC POWELL
7315 CENTRAL AVE NE
ALBUQUERQUE NM 87108-2015

NAPA AUTO PARTS
1201 JUAN TABO BLVD NE
ALBUQUERQUE NM 87112-5704

NM BANK TRUST
320 GOLD AVE SW
ALBUQUERQUE NM 87102-3240

NATHAN T NIEMAN
MODRALL SPERLING ROEHL HARRIS SISK
PO BOX 2168
ALBUQUERQUE NM 87103-2168

NEW MEXICO TAXATION REVENUE DEPARTMENT
PO BOX 8575
ALBUQUERQUE NM 87198-8575

(P)OREILLY AUTO PARTS
ATTN CREDIT
PO BOX 9464
SPRINGFIELD MO 65801-9464

POS CREDIT CORPORATION
7037 FLY RD
EAST SYRACUSE NY 13057-9674

POS CREDIT CORPORATION
ATTN MARY CAPRIA
7037 FLY ROAD
EAST SYRACUSE NY 13057-9674

~~EXCLUDE~~
~~(D)POS CREDIT CORPORATION~~
~~ATTN MARY CAPRIA~~
~~7037 FLY ROAD~~
~~EAST SYRACUSE NY 13057-9674~~

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PAMELA MUNOS<br>10812 GRIFFITH PARK DRIVE NE<br>ALBUQUERQUE   NM 87123-4894 | PAMELA MUNOS<br>CO RON HOLMES<br>320 GOLD SW   SUITE 1111<br>ALBUQUERQUE   NM 87102-3246 | PAMELA MUNOS REVOCABLE TRUST<br>SALCEDO LAW FIRM CO BETSY SALCEDO<br>PO BOX 53324<br>ALBUQUERQUE   NM 87153-3324 |
| ~~EXCLUDE~~<br>~~(D)PAMELA MUNOS REVOCABLE TRUST~~<br>~~SALCEDO LAW FIRM CO BETSY SALCEDO~~<br>~~PO BOX 53324~~<br>~~ALBUQUERQUE   NM 87153-3324~~ | PAMELA MUNOS REVOCABLE TRUST<br>CO ATTY LESLIE MAXWELL<br>9400 HOLLY AVE NE   BLDG 4<br>ALBUQUERQUE   NM 87122-2969 | PAMELA MUNOS REVOCABLE TRUST<br>CO PAMELA MUNOS<br>10812 GRIFFITH PARK DR NE<br>ALBUQUERQUE   NM 87123-4894 |
| PAMELA WEESE<br>7301 CENTRAL AVE NE<br>ALBUQUERQUE   NM 87108-2015 | RACHEL HARRIS<br>7 LONG POND DRIVE<br>ISLE AU HAUT   ME 04645 | RICHARD MUNOS   III REVOCABLE TRUST<br>1208 HIDEWAY LANE SE<br>ALBUQUERQUE   NM 87123-4339 |
| RICHARD MUNOS   III REVOCABLE TRUST<br>SALCEDO LAW FIRM CO BETSY SALCEDO<br>PO BOX 53324<br>ALBUQUERQUE   NM 87153-3324 | RICK MUNOS<br>1208 HIDDEN WAY LANE SE<br>ALBUQUERQUE   NM 87123-4339 | RICK MUNOS<br>CO RON HOLMES<br>320 GOLD SW   SUITE 1111<br>ALBUQUERQUE   NM 87102-3246 |
| RICK MUNOS REVOCABLE TRUST<br>1208 HIDEAWAY LANE SE<br>ALBUQUERQUE   NM 87123-4339 | ROBERT BROWN<br>500 MARQETTE AVE NW<br>SUITE 1200<br>ALBUQUERQUE   NM 87102-5312 | ~~EXCLUDE~~<br>~~SAMUEL ROYBAL~~<br>~~500 MARQUETTE AVE NW 650~~<br>~~ALBUQUERQUE   NM   87102 5341~~ |
| SECURITIES   EXCHANGE COMMISSION<br>ATTN REORGANIZATION<br>1961 STOUT STREET   SUITE 1700<br>DENVER CO 80294-1700 | SIMMONS FIRM<br>ATTN CHRISTOPHER LOFTUS<br>115 THIRD ST SE 1200<br>CEDAR RAPIDS   IA 52401-1266 | THOMAS J ENGLISH<br>78 W 11TH ST 3<br>NEW YORK   NY 10011-8687 |
| UNIFIRST<br>CO LAKINS LAW FIRM   PC<br>PO BOX 91357<br>ALBUQUERQUE   NM 87199-1357 | UNIFIRST UNIFORM SERVICES<br>215 ALTEZ ST SE<br>ALBUQUERQUE   NM 87123-3203 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~PO BOX 608~~<br>~~ALBUQUERQUE   NM 87103-0608~~ |
| WELLS FARGO BANK   NA<br>BUSINESS DIRECT DIVISION<br>PO BOX 29482<br>PHOENIX   AZ 85038-9482 | WELLS FARGO BUSINESS DIRECT<br>PO BOX 348750<br>SACRAMENTO   CA 95834-8750 | ~~EXCLUDE~~<br>~~(U)DAWNA SUTTON~~ |
| ~~EXCLUDE~~<br>~~DON F HARRIS~~<br>~~320 GOLD AVENUE SW   SUITE 1401~~<br>~~ALBUQUERQUE   NM 87102-3248~~ | GARY D EISENBERG<br>BETZER   ROYBAL   EISENBERG   PC<br>4900 LANG AVE NE 202<br>ALBUQUERQUE   NM 87109-9702 | HOLLAND SUTTON<br>7521 WITTER RD<br>SEBASTOPOL   CA 95472-4730 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EXCLUDE
(U)JAMES D LAWSON

EXCLUDE
JASON MICHAEL CLINE
JASON CLINE - LLC
2601 WYOMING BLVD NE
SUITE 108
ALBUQUERQUE  NM 87112-1000

EXCLUDE
(U)JEFFREY A GARVIN

MARILYN GUNN
12321 MARSHALL CT NE
ALBUQUERQUE  NM 87112-4611

EXCLUDE
(D)PAMELA MUNOS
10812 GRIFFITH PARK DRIVE NE
ALBUQUERQUE  NM 87123-4894

EXCLUDE
(D)RICK MUNOS
1208 HIDDEN WAY LANE SE
ALBUQUERQUE  NM 87123-4339

RONALD T TAYLOR
RONALD TAYLOR LAW OFFICE
708 MARQUETTE NW
ALBUQUERQUE  NM 87102-2035

EXCLUDE
YVETTE J GONZALES
TRUSTEE
PO BOX 1037
PLACITAS  NM 87043-1037